POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
Keith Hollingsworth and Proposed
Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

DENIED

Judge Edward J. Davila

July 11, 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC,<br><br>Defendants. | Case No.: 5:24-cv-01213-EJD<br><br>ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM<br><br>CLASS ACTION<br><br>Date:  July 18, 2024<br>Time:  9:00 a.m.<br>Judge:  Hon. Edward J. Davila<br>Courtroom:  4—5th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pomerantz LLP ("Pomerantz") is counsel for Lead Plaintiff Movant Keith Hollingsworth in this case.  A hearing is currently scheduled for July 18, 2024 at 9:00 a.m. before this Court (the "Hearing") to consider Mr. Hollingsworth's motion for appointment as Lead Plaintiff and approval of Pomerantz as Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 31).  The Lead Plaintiff Motion is unopposed (*see* Dkt. No. 43).  If the Court decides to hear oral argument on the unopposed Lead Plaintiff Motion, J. Alexander Hood II and James M. LoPiano, counsel of record for Mr. Hollingsworth in this case, respectfully request permission to appear remotely at the Hearing via telephone, Zoom, or other remote means as the Court sees fit.

Good cause exists to grant the request.  Pomerantz does not maintain an office within the Bay Area counties or counties covered by the San Jose Division.  Further, Messrs. Hood and LoPiano, the attorneys from Pomerantz most familiar with this case, live in New Canaan, Connecticut, and Syosset, New York, respectively, and both work at Pomerantz's office in New York, New York.  Given the unopposed nature of Mr. Hollingsworth's Lead Plaintiff Motion, as well as the time and expense associated with travel from the East Coast to San Jose in connection with the Hearing on the unopposed Lead Plaintiff Motion, Messrs. Hood and LoPiano respectfully prefer to appear at the Hearing remotely.  In addition, Messrs. Hood and LoPiano respectfully submit that affording Mr. LoPiano the opportunity to appear remotely at the Hearing would further the spirit of Rule IV.H. of this Court's Standing Order for Civil Cases, given that Mr. LoPiano received his law license less than six years ago and would be the main attorney speaking on Mr. Hollingsworth's behalf at the Hearing.  Pomerantz has conferred with counsel for all Defendants in this action, who take no position on this request.

1    For the foregoing reasons, Messrs. Hood and LoPiano respectfully request that they be

2 permitted to appear remotely at the Hearing if the Court decides to hear oral argument on Mr.

3 Hollingsworth's unopposed Lead Plaintiff Motion.

4 Dated:  July 11, 2024                                    Respectfully submitted,

5                                                          POMERANTZ LLP

6
                                                           */s/ Jennifer Pafiti*
7                                                          Jennifer Pafiti (SBN 282790)
                                                           1100 Glendon Avenue, 15th Floor
8                                                          Los Angeles, California 90024
                                                           Telephone: (310) 405-7190
9                                                          jpafiti@pomlaw.com

10
                                                           POMERANTZ LLP
11                                                         Jeremy A. Lieberman
                                                           (*pro hac vice* application forthcoming)
12                                                         J. Alexander Hood II
                                                           (admitted *pro hac vice*)
13                                                         James M. LoPiano
                                                           (admitted *pro hac vice*)
14                                                         600 Third Avenue, 20th Floor
                                                           New York, New York 10016
15                                                         Telephone: (212) 661-1100
                                                           Facsimile: (917) 463-1044
16                                                         jalieberman@pomlaw.com
                                                           ahood@pomlaw.com
17                                                         jlopiano@pomlaw.com
18
                                                           *Counsel for Lead Plaintiff Movant Keith*
19                                                         *Hollingsworth and Proposed Lead Counsel*
                                                           *for the Class*
20
                                                           PORTNOY LAW FIRM
21                                                         Lesley F. Portnoy, Esq.
                                                           1800 Century Park East, Suite 600
22                                                         Los Angeles, California 90067
                                                           Telephone: (310) 692-8883
23                                                         lesley@portnoylaw.com
24
                                                           *Additional Counsel for Lead Plaintiff*
25                                                         *Movant Keith Hollingsworth*
26

27

28

ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM - 5:24-cv-01213-EJD

**PROOF OF SERVICE**

I hereby certify that on July 11, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM - 5:24-cv-01213-EJD