UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENYU WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>SARAH J. FRIAR, et al.,<br><br>        Defendants. | Case No.  24-cv-04544-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 5:24-cv-01213-EJD |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Adamo v. Nextdoor Holdings, Inc. et al.*, 5:24-cv-01213-EJD.

**IT IS SO ORDERED.**

Dated: August 26, 2024

RITA F. LIN
United States District Judge