COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ANDREW C. JOHNSON (322069)
(acjohnson@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
Nextdoor Holdings, Inc., Sarah J. Friar,
and Michael Doyle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC,<br><br>Defendants. | Case No. 5:24-cv-01213-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**<br><br>Date: March 20, 2025<br>Time: 9:00 AM<br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |

310631312 v2

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
CASE NO. 5:24-CV-01213-EJD

## [PROPOSED] ORDER

Having considered Defendants Nextdoor Holdings, Inc., Sarah J. Friar, and Michael Doyle's (collectively, "Nextdoor Defendants") Request for Judicial Notice in Support of their Motion to Dismiss ("Request for Judicial Notice"), the arguments of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court **GRANTS** the Nextdoor Defendants' Request for Judicial Notice, and concludes that Exhibits 1 through 27 of the Declaration of Andrew C. Johnson are subject to judicial notice.


Dated:  _____                    _____

                                                                    Honorable Edward J. Davila

310631312 v2

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO