LATHAM & WATKINS LLP
  Colleen C. Smith (CA Bar No. 231216)
   (colleen.smith@lw.com)
  Anastasia Pyrinis (CA Bar No. 352395)
  (anastasia.pyrinis@lw.com)
12670 High Bluff Drive
San Diego, CA 92130
Phone: 1.858.523.5400
Fax: 1.858.523.5450

LATHAM & WATKINS LLP
  Daniel R. Gherardi (CA Bar No. 317771)
   (daniel.gherardi@lw.com)
140 Scott Drive
Menlo Park, CA 94025
Phone: 1.650.328.4600
Fax: 1.650.463.2600

LATHAM & WATKINS LLP
  Tina Jensen (CA Bar No. 331764)
  (tina.jensen@lw.com)
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
Phone: 1.714.755.8125
Fax: 1.714.755 8290

*Attorneys for Defendants Vinod Khosla, Samir Kaul, Peter Buckland, Khosla Ventures LLC, and Khosla Ventures SPAC Sponsor II LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC,<br><br>Defendants. | CASE NO.  5:24-cv-01213-EJD<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF KHOSLA DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:          March 20, 2025<br>Time:          9:00 a.m.<br>Courtroom:  4<br>Judge:        Hon. Edward J. Davila |

I, Colleen C. Smith, declare as follows:

1.      I am a partner at Latham & Watkins LLP and counsel for Defendants Vinod Khosla, Samir Kaul, Peter Buckland, Khosla Ventures LLC, and Khosla Ventures SPAC Sponsor II LLC (collectively, "Khosla Defendants"), in the above-captioned litigation.

2.      I am a member in good standing with the State Bar of California admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently thereto.

3.      I respectfully submit this declaration in support of Khosla Defendants' Motion to Dismiss the Amended Class Action Complaint filed by Lead Plaintiff Keith Hollingsworth (the "Amended Complaint," Dkt. No. 65).

4.      Attached hereto as **Exhibit A** is a true and correct copy of Khosla Ventures Acquisition Co. II's Final Initial Public Offering Prospectus ("IPO Prospectus"), dated March 23, 2021 and filed with the United States Securities and Exchange Commission ("SEC") on March 25, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.

5.      Attached hereto as **Exhibit B** is a true and correct copy of Khosla Ventures Acquisition Co. II's Proxy Statement and Prospectus ("Proxy"), filed with the SEC on October 21, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.  Excerpts of Exhibit B are also submitted as Exhibit 1 in connection with Nextdoor Defendants' motion to dismiss.

6.      Attached hereto as **Exhibit C** is a true and correct copy of  Khosla Ventures Acquisition Co. II's  November 2, 2021 Form 8-K, filed with the SEC on November 3, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.

7.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Khosla Ventures Acquisition Co. II's  July 6, 2021 Form 8-K, including the Nextdoor, Inc. and Khosla Ventures Acquisition Co. II Investor Conference Call Presentation attached thereto as Ex. 99.2 ("July 2021 Investor Presentation"), filed with the SEC on July 6, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.  Exhibit D is also submitted as Exhibit 3 in connection with Nextdoor Defendants' motion to dismiss.

8.      Attached hereto as **Exhibit E** is a true and correct copy of the transcript from a July 6, 2021 "Squawk on the Street" interview of Mr. Khosla and Nextdoor Inc.'s Chief Executive Officer Sarah Friar on CNBC, filed with the SEC on July 6, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.  Exhibit E is also submitted as Exhibit 12 in connection with Nextdoor Defendants' motion to dismiss.

9.      Attached hereto as **Exhibit F** is a true and correct copy of a Form 4 for Mr. Khosla, filed with the SEC on November 9, 2021, which is publicly available on the SEC website at www.sec.gov/edgar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of November 2024, in San Diego, California.

Dated:  November 12, 2024          LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
    Colleen C. Smith

*Attorneys for Defendants Vinod Khosla, Samir Kaul, Peter Buckland, Khosla Ventures LLC, and Khosla Ventures SPAC Sponsor II LLC*