# EXHIBIT D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): July 6, 2021**

# Khosla Ventures Acquisition Co. II
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-40246 | 86-1776836 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |

**2128 Sand Hill Road**
**Menlo Park, California**          **94025**
**(Address of principal executive offices)**          **(Zip Code)**

**(650) 376-8500**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☒ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, par value $0.0001 per share | KVSB | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01    Entry into a Material Definitive Agreement.**

**Merger Agreement**

Khosla Ventures Acquisition Co. II ("KVSB") is a blank check company incorporated as a Delaware corporation and formed for the purpose of effecting a merger, stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses. On July 6, 2021, KVSB entered into an Agreement and Plan of Merger (the "Merger Agreement") with Nextdoor, Inc., a Delaware corporation ("Nextdoor"), and Lorelei Merger Sub Inc., a Delaware corporation and a direct wholly owned subsidiary of KVSB ("Merger Sub").

*The Merger*

The Merger Agreement provides that, among other things and upon the terms and subject to the conditions thereof, the following transactions will occur (together with the other agreements and transactions contemplated by the Merger Agreement, the "Business Combination"):

(i) at the closing of the transactions contemplated by the Merger Agreement (the "Closing"), upon the terms and subject to the conditions of the Merger Agreement, in accordance with the Delaware General Corporation Law (the "DGCL"), Merger Sub will merge with and into Nextdoor, the separate corporate existence of Merger Sub will cease and Nextdoor will be the surviving corporation and a wholly owned subsidiary of KVSB (the "Merger");

(ii) as a result of the Merger, KVSB will implement a 10:1 high-vote class of stock designated as Class B common stock, par value $0.0001 per share ("New Nextdoor Class B common stock"), and among other things, (a) all outstanding shares of capital stock and share issuance commitments of Nextdoor will be canceled in exchange for the right to receive 350.0 million shares of New Nextdoor Class B common stock less the number of shares underlying the shares subject to the equity awards in (b) (with the exchange ratio determined by using treasury share method for options), (b) all outstanding equity awards of Nextdoor will be cancelled in exchange for equity awards of KVSB pursuant to which shares of New Nextdoor Class B common stock may be issuable as set forth in, and upon the terms and subject to the conditions of, the Merger Agreement, (c) all outstanding shares of existing KVSB Class B common stock, par value $0.0001 per share ("KVSB Class B common stock"), will be converted into an aggregate of 7,347,249 shares of KVSB Class A common stock, par value $0.0001 per share ("KVSB Class A common stock"), and exchanged on a 1:1 basis for shares of New Nextdoor Class B common stock and (d) all outstanding shares of KVSB Class K common stock, par value $0.0001 per share ("KVSB Class K common stock"), will be reclassified as 3,061,354 shares of New Nextdoor Class B common stock; and

(iii) upon the effective time of the Business Combination, KVSB will immediately be renamed to a name to be agreed by KVSB and Company.

The Board of Directors of KVSB (the "Board") has unanimously (i) approved and declared advisable the Merger Agreement and the Business Combination and (ii) resolved to recommend approval of the Merger Agreement and related matters by the stockholders of KVSB.

*Conditions to Closing*

The Merger Agreement is subject to the satisfaction or waiver of certain customary closing conditions, including, among others, (i) approval of the Business Combination and related agreements and transactions by the stockholders of KVSB and stockholders of Nextdoor, (ii) effectiveness of the proxy statement / registration statement on Form S-4 to be filed by KVSB in connection with the Business Combination, (iii) expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act, (iv) receipt of approval for listing on the Nasdaq Stock Market or New York Stock Exchange of the shares of KVSB Class A common

stock, par value $0.0001 per shares ("New Nextdoor Class A common stock"), into which the New Nextdoor Class B common stock would be convertible on a 1:1 basis, (v) that KVSB have at least $5,000,001 of net tangible assets upon Closing and (vi) the absence of any injunctions enjoining or prohibiting the Merger.

Other conditions to Nextdoor's obligations to consummate the Merger include, among others, that as of the Closing, (i) the Sponsor Share Conversion (as defined below) is in full force and effect, and (ii) the amount of (x) cash available in the trust account into which substantially all of the proceeds of KVSB's initial public offering and private placements of its common stock have been deposited for the benefit of KVSB, certain of its public stockholders and the underwriters of KVSB's initial public offering (the "Trust Account"), after deducting the amount required to satisfy KVSB's obligations to its stockholders (if any) that exercise their rights to redeem their KVSB Class A common stock pursuant to KVSB's existing constitutional documents, and after payment of (a) any deferred underwriting commissions being held in the Trust Account and (b) any transaction expenses of KVSB, Nextdoor or their respective affiliates (collectively, the "Trust Amount") plus (y) the aggregate amount of cash received in connection with the PIPE Investment (as defined below), plus (z) the aggregate amount of cash that has been funded to KVSB pursuant to that certain forward purchase agreement, dated March 23, 2021, between KVSB and the Sponsor (as defined below) is at least equal to or greater than $400,000,000.

*Covenants*

The Merger Agreement contains additional covenants, including, among others, providing for (i) the parties to conduct their respective businesses in the ordinary course through the Closing, (ii) the parties to not initiate any negotiations or enter into any agreements for certain alternative transactions, (iii) Nextdoor to prepare and deliver to KVSB certain unaudited consolidated financial statements of Nextdoor, (iv) KVSB to prepare and file a proxy statement/registration statement on Form S-4 and take certain other actions to obtain the requisite approval of KVSB stockholders of certain proposals regarding the Business Combination and (v) the parties to use reasonable best efforts to obtain necessary approvals from governmental agencies and to consummate the Merger.

*Representations and Warranties*

The Merger Agreement contains customary representations and warranties by KVSB, Merger Sub, and Nextdoor. The representations and warranties of the respective parties to the Merger Agreement generally will not survive the Closing.

*KVSB Change in Recommendation*

The Board has approved the transaction proposals set forth in the Merger Agreement and KVSB is required to include in the proxy statement/registration statement on Form S-4 the recommendation of the Board to KVSB's stockholders that they approve the transaction proposals set forth in the Merger Agreement, including the Merger (the "KVSB Board Recommendation"). KVSB is not permitted to change the KVSB Board Recommendation (such change, a "Modification in Recommendation") unless, as a result of an unforeseeable intervening event occurring after the date of the Merger Agreement that materially and adversely impacts Nextdoor (subject to certain exceptions), it determines in good faith, after consultation with its outside legal counsel, that the failure to make such a Modification in Recommendation would be inconsistent with its fiduciary duties under applicable law.

*Termination*

The Merger Agreement may be terminated at any time prior to the Closing (i) by mutual written consent of KVSB and Nextdoor, (ii) by Nextdoor, if there is a Modification in Recommendation (as defined in the Merger Agreement), and (iii) by either KVSB or Nextdoor in certain other circumstances set forth in the Merger Agreement, including (a) if certain approvals of the stockholders of

KVSB, to the extent required under the Merger Agreement, are not obtained as set forth therein, (b) if any Governmental Authority (as defined in the Merger Agreement) shall have issued or otherwise entered a final, nonappealable order making consummation of the Merger illegal or otherwise preventing or prohibiting consummation of the Merger, (c) in the event of certain uncured breaches by the other party or (d) if the Closing has not occurred on or before April 6, 2022, the date that is nine months after the date of the Merger Agreement.

**Certain Related Agreements**

*Subscription Agreements*

On July 6, 2021, concurrently with the execution of the Merger Agreement, KVSB entered into subscription agreements (the "Subscription Agreements") with certain investors (collectively, the "PIPE Investors"), pursuant to, and on the terms and subject to the conditions of which, the PIPE Investors have independently subscribed for an aggregate of 27 million shares of KVSB Class A common stock for an aggregate purchase price equal to $270 million (the "PIPE Investment"). The PIPE Investment will be consummated substantially concurrently with the Closing.

The Subscription Agreements with the PIPE Investors provide for certain registration rights. In particular, KVSB is required to, no later than 30 calendar days following the Closing, submit to or file with the SEC a registration statement registering the resale of such shares. Additionally, KVSB is required to use its commercially reasonable efforts to have the registration statement declared effective as soon as practicable after the filing thereof, but no later than the earlier of (i) the 90th calendar day following the Closing if the SEC notifies KVSB that it will "review" the registration statement) and (ii) the fifth business day after the date KVSB is notified (orally or in writing, whichever is earlier) by the SEC that the registration statement will not be "reviewed" or will not be subject to further review. KVSB must use commercially reasonable efforts to keep the registration statement effective until the earliest of: (a) the date the PIPE Investors no longer hold any registrable shares, (b) the date all registrable shares held by the PIPE Investors may be sold without restriction under Rule 144 and (c) two years from the date of effectiveness of the registration statement.

Each Subscription Agreement will terminate with no further force and effect upon the earliest to occur of: (i) such date and time as the Merger Agreement is terminated in accordance with its terms; (ii) the mutual written agreement of the parties to such Subscription Agreement; (iii) if any of the conditions to closing set forth in such Subscription Agreement are not satisfied on or prior to the Closing and, as a result thereof, the transactions contemplated by such Subscription Agreement fail to occur; and (iv) April 2, 2022, if the Closing has not occurred on or before such date.

*Sponsor Support Agreement and Sponsor Holders Lock-Up*

On July 6, 2021, the Sponsor entered into the Sponsor Support Agreement (the "Sponsor Support Agreement") with KVSB, Nextdoor and the other parties thereto, pursuant to which the Sponsor and each director and officer of KVSB agreed to, among other things, (i) vote in favor of the Merger Agreement and the transactions contemplated and (ii) vote for any amendments to the governing documents as are necessary and/or agree to convert and exchange or reclassify all shares of KVSB Class K common stock and KVSB Class B common stock into an aggregate of 10,408,603 shares of New Nextdoor Class B common stock at the Closing, and waive any adjustments to the conversion ratio that would otherwise have been applicable for a conversion into any amount in excess of such amount (the "Sponsor Share Conversion"), in each case, subject to the terms and conditions contemplated by the Sponsor Support Agreement. In addition, 1,132,688 private placement shares held by the sponsor will also all be exchanged on a 1:1 basis into shares of New Nextdoor Class B common stock.

Also pursuant to the Sponsor Support Agreement, at the Closing the Sponsor and certain affiliated individuals (the "Sponsor Holders") will enter into a Lock-Up Agreement (the "Sponsor Holders Lock-Up Agreement"), described further below under "*Transfer Restrictions and Registration Rights.*"

***Stockholder Support Agreement***

On July 6, 2021, certain stockholders of Nextdoor, including each of those stockholders that is a director (or affiliated with a director) or executive officer of Nextdoor, entered into the Stockholder Support Agreement (the "Stockholder Support Agreement") with KVSB, Nextdoor and the other parties thereto, pursuant to which such stockholders of Nextdoor agreed to, among other things, vote in favor of the Merger Agreement and the transactions contemplated thereby, in each case, subject to the terms and conditions contemplated by the Stockholder Support Agreement.

***Transfer Restrictions and Registration Rights***

The Merger Agreement contemplates that, at the Closing, KVSB, the Sponsor, certain stockholders of Nextdoor and certain of their respective affiliates, as applicable, and the other parties thereto, will enter into an Amended and Restated Registration Rights Agreement (the "Registration Rights Agreement"), pursuant to which KVSB will agree to register for resale, pursuant to Rule 415 under the Securities Act of 1933, as amended (the "Securities Act"), certain shares of New Nextdoor Class A common stock (including New Nextdoor Class A common stock issuable upon conversion of New Nextdoor Class B common stock) and other equity securities of KVSB that are held by the parties thereto from time to time.

At the Closing, the Bylaws of KVSB will provide that Nextdoor equityholders (the "Nextdoor Holders") pursuant to the Merger Agreement will be subject to certain restrictions on transfer with respect to shares of New Nextdoor Class A common stock and New Nextdoor Class B common stock held by the Nextdoor Holders immediately following the Closing (other than shares purchased in the public market or in the PIPE Investment) and the shares of New Nextdoor Class B common stock issuable upon settlement or exercise of restricted stock units, stock options or other equity awards outstanding as of immediately following the Closing in respect of awards of Nextdoor outstanding immediately prior to the Closing (the "Nextdoor Holders Lock-up Shares"). Such restrictions begin at the Closing and end on the date that is 180 days after the Closing, subject to certain customary exceptions, including if, after Closing, KVSB completes a transaction that results in a change of control, the Nextdoor Holders Lock-up Shares will be released from restriction immediately prior to such change of control.

The Sponsor Holders Lock-Up Agreement contains certain restrictions on transfer with respect to shares of New Nextdoor Class A common stock and New Nextdoor Class B common stock held by the Sponsor Holders immediately following the Closing (other than shares purchased in the public market, shares purchased in the PIPE Investment or shares purchased pursuant to the Forward Purchase Agreement) (the "Sponsor Holders Lock-up Shares"). Such restrictions begin at the Closing and end on the date that is one year after the Closing, subject to certain customary exceptions, including if, after Closing, KVSB completes a transaction that results in a change of control, the Sponsor Holders Lock-up Shares are released from restriction immediately prior to such change of control.

The foregoing description of the Merger Agreement, the Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement, and the transactions and documents contemplated thereby, is not complete and is subject to and qualified in its entirety by reference to the Merger Agreement, the form of Subscription Agreement, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement, copies of which are filed with this Current Report on Form 8-K as Exhibit 2.1, Exhibit 10.1, Exhibit 10.2, Exhibit 10.3 and Exhibit 10.4, respectively, and the terms of which are incorporated by reference herein.

The Merger Agreement, the form of Subscription Agreement, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement have been included to provide investors with information regarding their respective terms. They are not intended to provide any other factual information about KVSB or its affiliates. The representations, warranties, covenants and agreements contained in the Merger Agreement, the Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement, the Sponsor Holders Lock-Up Agreement and the other documents related thereto were made only for purposes of the Merger Agreement as of the specific dates therein, were solely for the benefit of the parties to the Merger Agreement, the Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement, may be subject to limitations agreed upon by the contracting parties, including being qualified by confidential disclosures made for the purposes of allocating contractual risk between the parties to the Merger Agreement, the

Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement instead of establishing these matters as facts, and may be subject to standards of materiality applicable to the contracting parties that differ from those applicable to investors. Investors are not third-party beneficiaries under any of the Merger Agreement, the Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement or the Sponsor Holders Lock-Up Agreement and should not rely on the representations, warranties, covenants and agreements or any descriptions thereof as characterizations of the actual state of facts or condition of the parties thereto or any of their respective subsidiaries or affiliates. Moreover, information concerning the subject matter of representations and warranties may change after the date of the Merger Agreement, the Subscription Agreements, the Sponsor Support Agreement, the Stockholder Support Agreement and the Sponsor Holders Lock-Up Agreement, as applicable, which subsequent information may or may not be fully reflected in the KVSB's public disclosures.

**High Vote Stock Structure**

Following the Closing, and subject to approval by KVSB's stockholders, the New Nextdoor Class B common stock will have 10 votes per share and the New Nextdoor Class A common stock will have one vote per share. Because of the 10-to-one voting ratio between the New Nextdoor Class B common stock and the New Nextdoor Class A common stock, the holders of the New Nextdoor Class B common stock, which will consist of the former stockholders of Nextdoor, the Sponsor, and upon exercise or settlement, holders of Nextdoor stock options, restricted stock units, and other other equity awards outstanding as of immediately following the Closing in respect of awards of Nextdoor outstanding immediately prior to the Closing, collectively will control a majority of the combined voting power of KVSB following the Closing and therefore will be able to control all matters submitted to KVSB's stockholders for approval until the earlier of (i) the date specified by a vote of the holders of 66 2/3% of the then outstanding shares of New Nextdoor Class B common stock and (ii) ten years from Closing. This concentrated control will limit or preclude the ability of holders of New Nextdoor Class A common stock to influence corporate matters for the foreseeable future following the Closing, including the election of directors, amendments of KVSB's organizational documents, and any merger, consolidation, sale of all or substantially all of KVSB's assets, or other major corporate transaction requiring stockholder approval. In addition, this may prevent or discourage unsolicited acquisition proposals or offers for KVSB's capital stock that a stockholder may feel are in the best interest of KVSB's stockholders.

Following the Closing, transfers by holders of New Nextdoor Class B common stock will generally result in those shares converting to New Nextdoor Class A common stock, subject to limited exceptions, such as certain transfers effected for estate planning purposes. The conversion of New Nextdoor Class B common stock to New Nextdoor Class A common stock will have the effect, over time, of increasing the relative voting power of those holders of the New Nextdoor Class B common stock who retain their shares.

**Item 3.02        Unregistered Sales of Equity Securities**

The disclosure set forth above in Item 1.01 of this Current Report on Form 8-K with respect to the PIPE Investment is incorporated by reference in this Item 3.02. The shares of KVSB Class A common stock to be issued in connection with the PIPE Investment will not be registered under the Securities Act, and will be issued in reliance on the exemption from registration requirements provided by Section 4(a)(2) of the Securities Act.

**Item 7.01        Regulation FD Disclosure**

On July 6, 2021, KVSB and Nextdoor issued a joint press release (the "Press Release") announcing the execution of the Merger Agreement. The Press Release is attached hereto as Exhibit 99.1 and incorporated by reference herein.

Attached as Exhibit 99.2 and incorporated herein by reference is the investor presentation, dated as of July 2021, for use by KVSB in meetings with certain of its stockholders as well as other persons with respect to KVSB's proposed transaction with Nextdoor, as described in this Current Report on Form 8-K.

Attached as Exhibit 99.3 and incorporated herein by reference are risk factors for Nextdoor and KVSB that were used by KVSB in meetings with certain of its stockholders as well as other persons with respect to KVSB's proposed transaction with Nextdoor, as described in this Current Report on Form 8-K.

The information in this Item 7.01, including Exhibits 99.1, 99.2 and 99.3, is furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to liabilities under that section, and shall not be deemed to be incorporated by reference into the filings of KVSB under the Securities Act or the Exchange Act, regardless of any general incorporation language in such filings. This Current Report on Form 8-K will not be deemed an admission as to the materiality of any information of the information contained in this Item 7.01, including 99.1, 99.2 and 99.3.

**Additional Information and Where to Find It**

This Current Report on Form 8-K relates to a proposed transaction between KVSB and Nextdoor. This Current Report on Form 8-K does not constitute an offer to sell or exchange, or the solicitation of an offer to buy or exchange, any securities, nor shall there be any sale of securities in any jurisdiction in which such offer, sale or exchange would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. KVSB intends to file a registration statement on Form S-4 with the SEC, which will include a document that serves as a prospectus and proxy statement of KVSB, referred to as a proxy statement/prospectus. A proxy statement/prospectus will be sent to all KVSB stockholders. KVSB also will file other documents regarding the proposed transaction with the SEC. Before making any voting decision, investors and security holders of KVSB are urged to read the registration statement, the proxy statement/prospectus and all other relevant documents filed or that will be filed with the SEC in connection with the proposed transaction as they become available because they will contain important information about the proposed transaction.

Investors and security holders will be able to obtain free copies of the registration statement, the proxy statement/prospectus and all other relevant documents filed or that will be filed with the SEC by KVSB through the website maintained by the SEC at www.sec.gov.

The documents filed by KVSB with the SEC also may be obtained free of charge at KVSB's website at https://khoslaventuresacquisitionco.com/KVSB.

**Participants in Solicitation**

KVSB and Nextdoor and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies from KVSB's stockholders in connection with the proposed transaction. A list of the names of the directors and executive officers of KVSB and information regarding their interests in the business combination will be contained in the proxy statement/prospectus when available. You may obtain free copies of these documents as described in the preceding paragraph.

**Non-Solicitation**

This Current Report on Form 8-K is not a proxy statement or solicitation of a proxy, consent or authorization with respect to any securities or in respect of the potential transaction and shall not constitute an offer to sell or a solicitation of an offer to buy the securities of KVSB, the combined company or Nextdoor, nor shall there be any sale of any such securities in any state or jurisdiction in which such offer, solicitation, or sale would be unlawful prior to registration or qualification under the securities laws of such state or jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of the Securities Act.

**Cautionary Statement Regarding Forward-Looking Statements**

This Current Report on Form 8-K contains certain forward-looking statements within the meaning of the federal securities laws with respect to the proposed transaction between KVSB and Nextdoor. These forward-looking statements generally are identified by the words "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," "will be," "will continue," "will likely result," and similar expressions. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks and uncertainties. Many factors could cause actual future events to differ materially from the forward-looking statements in this Current Report on Form 8-K, including but not limited to: (i) the risk that the transaction may not be completed in a timely manner or at all, which may adversely affect the price of KVSB's securities, (ii) the risk that the transaction may not be completed by KVSB's business combination deadline and the potential failure to obtain an extension of the business combination deadline if sought by KVSB, (iii) the failure to satisfy the conditions to the consummation of the transaction, including the adoption of the Merger Agreement by the stockholders of KVSB, the satisfaction of the minimum cash condition following redemptions by KVSB's public stockholders and the receipt of certain governmental and regulatory approvals, (iv) the lack of a third party valuation in determining whether or not to pursue the proposed transaction, (v) the inability to complete the PIPE investment in connection with the transaction, (vi) the occurrence of any event, change or other circumstance that could give rise to the termination of the Merger Agreement, (vii) the effect of the announcement or pendency of the transaction on Nextdoor's business relationships, operating results and business generally, (viii) risks that the proposed transaction disrupts current plans and operations of Nextdoor and potential difficulties in Nextdoor employee retention as a result of the transaction, (ix) the outcome of any legal proceedings that may be instituted against Nextdoor or against KVSB related to the Merger Agreement or the proposed transaction, (x) the ability to maintain the listing of KVSB's securities on a national securities exchange, (xi) the price of KVSB's securities may be volatile due to a variety of factors, including changes in the highly competitive industries in which KVSB plans to operate or Nextdoor operates, variations in operating performance across competitors, changes in laws and regulations affecting KVSB's or Nextdoor's business and changes in the combined capital structure, and (xii) the ability to implement business plans, forecasts, and other expectations after the completion of the proposed transaction, and identify and realize additional opportunities. The foregoing list of factors is not exhaustive. You should carefully consider the foregoing factors and the other risks and uncertainties described in the "Risk Factors" section of KVSB's registration on Form S-1 (File No. 333-253098), the registration statement on Form S-4 discussed above and other documents filed by KVSB from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and KVSB and Nextdoor assume no obligation and do not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise. Neither KVSB nor Nextdoor gives any assurance that either KVSB or Nextdoor or the combined company will achieve its expectations.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 2.1 | Agreement and Plan of Merger, dated as of July 6, 2021 |
| 10.1 | Form of Subscription Agreement |
| 10.2 | Sponsor Support Agreement, dated as of July 6, 2021 |
| 10.3 | Stockholder Support Agreement, dated as of July 6, 2021 |
| 10.4 | Form of Sponsor Holders Lock-Up Agreement |
| 99.1 | Press Release, dated as of July 6, 2021 |
| 99.2 | Investor Presentation, dated as of July 2021 |
| 99.3 | Risk Factors of Nextdoor and KVSB |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Khosla Ventures Acquisition Co.

Date: July 6, 2021

By:  /s/ Peter Buckland

Name:    Peter Buckland
Title:    Chief Financial Officer

**Exhibit 99.1**

**Nextdoor, the neighborhood network, to become a publicly-traded company through merger with Khosla Ventures Acquisition Co. II**

- *Nextdoor connects neighbors to those nearby* — neighbors, businesses, and public services*, creating a highly engaged, hyperlocal network, building meaningful connections both online and offline*
- *Transaction to result in approximately $686 million in gross proceeds, including a $270 million fully committed PIPE with participation from institutional investors including funds and accounts advised by T. Rowe Price Associates, Inc., Baron Capital Group, Dragoneer, Soroban Capital, accounts advised by ARK Invest, and ION Asset Management, in addition to existing Nextdoor investors Tiger Global and Hedosophia. Nextdoor CEO Sarah Friar and Khosla Ventures affiliates each participated in the PIPE financing*
- *The transaction accelerates Nextdoor's growth plans to develop products that create stronger neighborhoods, increase hiring, and expand into new territories*
- *Nextdoor announces the founding of the Nextdoor Kind Foundation, a nonprofit that will invest in neighborhoods to help them thrive*
- *Expected pro forma equity value of approximately $4.3 billion*

**SAN FRANCISCO and MENLO PARK, California – July 6, 2021** – Nextdoor, Inc. ("Nextdoor"), the neighborhood network, and Khosla Ventures Acquisition Co. II (Nasdaq:KVSB) ("KVSB"), a special purpose acquisition company sponsored by an affiliate of Khosla Ventures, LLC ("Khosla Ventures"), today announced that they have entered into a definitive agreement under which Nextdoor would become a publicly listed company. Upon closing of the proposed transaction, the combined company will be listed under the ticker symbol "KIND".

Nextdoor's purpose is to cultivate a kinder world where everyone has a neighborhood they can rely on. When Nextdoor was founded, it was apparent that despite technology's ability to connect people and communities virtually across the globe, in actuality people had become more disconnected, especially in real life. Nextdoor was founded to leverage technology to enable real-world connection.

Today, Nextdoor is in more than 275,000 neighborhoods around the world. In the United States, nearly 1 in 3 households turn to Nextdoor to access trusted information, give and get help, and build real-world connections with those nearby — neighbors, businesses, and public services. Nextdoor is the neighborhood network that brings all of these stakeholders together to get things done locally and build thriving communities.

Nextdoor offers organizations of all sizes distinct and differentiated products that allow them to connect to neighbors that are receptive to their offerings as a valuable part of the neighborhood ecosystem. Additionally, Nextdoor enables businesses to reach customers locally, at scale. Nextdoor's audience is unique and, in many cases, is not active on other social media and commerce platforms.

We believe that Nextdoor's business will strengthen as it scales, benefitting from network effects across the ecosystem. We are driving growth by:
- increasing neighbors in our network by introducing new products and expanding in markets around the globe;
- increasing engagement on our platform by making it easier to engage, share interests, and create meaningful connections; and
- increasing monetization on our platform by scaling our proprietary advertising platform that can service clients from the largest advertisers in the world to small local businesses and neighbors for hire.

Nextdoor's business combination with KVSB will provide access to new capital, which will be used to accelerate Nextdoor's growth plans including hiring, expanding monetization, and continuing to develop products to build stronger, more vibrant, and resilient neighborhoods.

"Nextdoor has been at the forefront of cultivating 'hyperlocal' communities and neighborhoods since its inception, allowing neighbors to create meaningful connections – both online and offline," said Sarah Friar, Chief Executive Officer of Nextdoor. "Our business strengthens as we scale, benefiting from strong network effects, and we believe the proposed transaction with KVSB accelerates the growth potential of our platform. We remain focused on optimizing our strategy and investing in products to drive continued neighbor and organization acquisition and engagement."

"We have long focused on partnering with cutting-edge, category-defining companies with tremendous growth potential, strong management teams and, importantly, clearly defined missions. Nextdoor exhibits all of these qualities and more, and we look forward to continuing our partnership and accelerating Nextdoor's growth as a public company," said Vinod Khosla, Founder of KVSB and Managing Director of Khosla Ventures.

Following the merger, Nextdoor CEO Sarah Friar, Co-Founders Nirav Tolia, Sarah Leary and Prakash Janakiraman, and founding investor Bill Gurley will each contribute a portion of their personal ownership in Nextdoor to form and sustainably fund the Nextdoor Kind Foundation, a nonprofit foundation dedicated to helping neighbors rejuvenate their neighborhoods through targeted grants.

### Key Transaction Terms

Concurrently with the consummation of the transaction, additional investors have committed to purchase shares of Class A common stock of KVSB at $10.00 per share in a private placement (the "PIPE") to occur concurrently with the proposed business combination. The upsized $270 million PIPE investment includes participation from institutional investors, including funds and accounts advised by T. Rowe Price Associates, Inc., Baron Capital Group, Dragoneer, Soroban Capital, accounts advised by ARK Invest, and ION Asset Management, in addition to existing Nextdoor investors Tiger Global and Hedosophia. Nextdoor CEO Sarah Friar and Khosla Ventures affiliates each participated in the PIPE financing. Approximately $416 million in cash held in the KVSB trust account, together with the approximately $270 million in PIPE proceeds, excluding transaction expenses, will be used to support new and existing growth initiatives. All references to cash on the balance sheet, available cash from the trust account and retained transaction proceeds are subject to any redemptions by public stockholders of KVSB and payment of transaction expenses.

Nextdoor's management team, led by CEO Sarah Friar and CFO Mike Doyle will continue to lead Nextdoor following the transaction.

The transaction, which has been unanimously approved by the Boards of Directors of Nextdoor and KVSB, is subject to approval by KVSB stockholders and other customary closing conditions. The transaction is expected to close in the fourth quarter of 2021.

A more detailed description of the transaction terms and a copy of the Agreement and Plan of Merger will be included in a current report on Form 8-K to be filed by KVSB with the U.S. Securities and Exchange Commission (the "SEC"). KVSB will file a registration statement (which will contain a proxy statement/prospectus) with the SEC in connection with the transaction.

### Advisors

Morgan Stanley & Co. LLC ("Morgan Stanley") and Evercore Group L.L.C. ("Evercore") are serving as joint-lead financial advisors to Nextdoor and placement agents to institutional investors for the PIPE to KVSB. Goldman Sachs & Co. LLC is serving as exclusive financial advisor to KVSB. Fenwick & West LLP is serving as legal counsel to Nextdoor. Latham & Watkins LLP is acting as legal counsel to KVSB. Simpson Thacher & Bartlett LLP is acting as legal counsel to Morgan Stanley and Evercore as placement agents to institutional investors to KVSB.

### Management Presentation

Nextdoor and KVSB management will host a conference call on July 6, 2021 at 8:00 AM Eastern Time to review an investor presentation. The conference call can be accessed at investors.nextdoor.com. The presentation will also be filed with the SEC by KVSB as an exhibit to a Current Report on Form 8-K, which can be viewed on the SEC's website at www.sec.gov.

### About Nextdoor

Nextdoor is the app where you connect to the neighborhoods that matter to you. Nextdoor's purpose is to cultivate a kinder world where everyone has a neighborhood they can rely on. Neighbors around the world turn to Nextdoor daily to receive trusted information, give and get help, and build real-world connections with those nearby — neighbors, businesses, and public services. Today, neighbors rely on Nextdoor in more than 275,000 neighborhoods across 11 countries. In the U.S., nearly 1 in 3 households use Nextdoor. Nextdoor is based in San Francisco. For additional information and images: nextdoor.com/newsroom.

### About KVSB

KVSB is a special purpose acquisition company sponsored by affiliates of Khosla Ventures. Khosla Ventures manages a series of venture capital funds that make early-stage venture capital investments and provide strategic advice to entrepreneurs building companies with lasting significance. The firm was founded in 2004 by Vinod Khosla, co-founder of Sun Microsystems. Khosla Ventures has over $14 billion dollars of assets under management and focuses on a broad range of sectors including artificial intelligence, agriculture/food, consumer, enterprise, financial services, health, space, sustainable energy, robotics, VR/AR and 3D printing. Collectively, Khosla Ventures portfolio of investments has created nearly half a trillion dollars in market value.

**Additional Information and Where to Find It / Non-Solicitation**

In connection with the proposed transaction, KVSB intends to file a proxy statement with the SEC. The proxy statement will be sent to the stockholders of KVSB. KVSB and Nextdoor also will file other documents regarding the proposed transaction with the SEC. Before making any voting decision, investors and security holders of KVSB are urged to read the proxy statement and all other relevant documents filed or that will be filed with the SEC in connection with the proposed transaction as they become available because they will contain important information about the proposed transaction. Investors and security holders will be able to obtain free copies of the proxy statement and all other relevant documents filed or that will be filed with the SEC by KVSB and Nextdoor through the website maintained by the SEC at www.sec.gov.

**Participants in Solicitation**

KVSB and Nextdoor and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies from KVSB's stockholders in connection with the proposed transaction. Information about KVSB's directors and executive officers and their ownership of KVSB's securities is set forth in KVSB's filings with the SEC. To the extent that holdings of KVSB's securities have changed since the amounts printed in KVSB's Registration Statement on Form S-1, such changes have been or will be reflected on Statements of Change in Ownership on Form 4 filed with the SEC. A list of the names of such directors and executive officers and information regarding their interests in the business combination will be contained in the proxy statement/prospectus when available. You may obtain free copies of these documents as described in the preceding paragraph.

**No Offer or Solicitation**

These communications do not constitute an offer to sell or the solicitation of an offer to buy any securities, or a solicitation of any vote or approval, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act, or an exemption therefrom.

**Forward-Looking Statements**

This communication contains certain forward-looking statements within the meaning of the federal securities laws with respect to the proposed transaction between Nextdoor and KVSB. These forward-looking statements generally are identified by the words "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," "will be," "will continue," "will likely result," and similar expressions. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks and uncertainties. Many factors could cause actual future events to differ materially from the forward-looking statements in this communication. You should carefully consider the risks and uncertainties described in the "Risk Factors" section of KVSB's Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, the registration statement on Form S-4, and other documents filed by KVSB from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and Nextdoor and KVSB assume no obligation and do not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise. Neither Nextdoor nor KVSB gives any assurance that either Nextdoor or KVSB will achieve its expectations.

**Contacts**
Nextdoor Media Relations
press@nextdoor.com

Nextdoor Investor Relations
ir@nextdoor.com

Khosla Ventures
information@khoslaventures.com



## Disclaimer

**Confidential**  2

This Presentation (together with oral statements made in connection herewith, the "Presentation") is for informational purposes only to assist prospective purchasers in a private placement in making their own evaluation with respect to the proposed business combination (the "Business Combination") between Khosla Ventures Acquisition Co. II ("Khosla") and Nextdoor, Inc. ("Nextdoor"), and the proposed private placement of securities of Khosla in connection with the Business Combination. This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

By accepting this Presentation, you acknowledge and agree that all of the information contained herein or disclosed orally during this Presentation is confidential, that you will not distribute, reproduce, disclose or use such information for any purpose other than for the purpose of evaluating your firm's participation in the potential financing, that you will not distribute, reproduce, disclose or use such information in any way detrimental to Khosla or Nextdoor, and that you will return to Khosla and Nextdoor, delete or destroy this Presentation upon request. Further, by accepting this Presentation, the recipient agrees to maintain all such information in strict confidence, including in strict accordance with any other contractual obligations applicable to the recipient and all applicable laws, until such information becomes publicly available not as a result of any breach of such confidentiality obligation.

You are also being advised that the United States securities laws restrict persons with material non-public information about a company obtained directly or indirectly from that company from purchasing or selling securities of such company, or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities on the basis of such information.

The information contained herein does not purport to be all-inclusive and none of Khosla, Nextdoor, Morgan Stanley & Co. LLC, and Evercore Group L.L.C. (Morgan Stanley & Co., LLC and Evercore Group L.L.C., together, the "Placement Agents") nor any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents make any representation or warranty, express or implied, as to the accuracy, completeness or reliability of the information contained in this Presentation. Prospective investors in the proposed private placement should consult with their own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this Presentation, you confirm that you are not relying solely upon the information contained herein to make any investment decision. The recipient shall not rely upon any statement, representation or warranty made by any other person, firm or corporation (including, without limitation, the Placement Agents or any of their respective affiliates or control persons, officers, managers, directors and employees) in making its investment decision to subscribe for securities of Khosla in connection with the Business Combination. To the fullest extent permitted by law, in no circumstances will Khosla, Nextdoor or any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Khosla, Nextdoor, the proposed private placement or the Business Combination. The general explanations included in this Presentation cannot address, and are not intended to address, your specific investment objectives, financial situations or financial needs.

**Forward-Looking Statements**

Certain statements in this Presentation may be considered "forward-looking statements" within the meaning of the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements herein generally relate to future events or the future financial or operating performance of Khosla, Nextdoor or the combined company expected to result from the Business Combination (the "Combined Company"). For example, projections of future financial performance of Nextdoor and the Combined Company, the Combined Company's business plan, other projections concerning key performance metrics, the proceeds of the Business Combination and the Combined Company's expected cash runway, and the potential effects of the Business Combination on Khosla and the Combined Company, are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as " may,'" should,'" expect,'" intend,'" will," "estimate,'" anticipate,'" believe,'" predict," "project," "target," "plan," or "potentially" or the negatives of these terms or variations of them or similar terminology. Such forward-looking statements are subject to risks, uncertainties, and other factors which could cause actual results to differ materially from those expressed or implied by such forward-looking statements.

These forward-looking statements are based upon estimates and assumptions that, while considered reasonable by Khosla, Nextdoor and its management, as the case may be, are inherently uncertain and subject to material change. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risk and uncertainties. Factors that may cause actual results to differ materially from current expectations include, but are not limited to, various factors beyond management's control, including general economic conditions and other risks, uncertainties and factors set forth in the section entitled "Risk Factors" and "Cautionary Note Regarding Forward-Looking Statements" in Khosla's final prospectus relating to its initial public offering, dated March 23, 2021, other filings with the Securities and Exchange Commission ("SEC"), as well as factors associated with companies, such as Nextdoor, including anticipated trends, growth rates, and challenges in those businesses and in the markets in which they operate, including the factors described in the summary risk factors that accompany this Presentation; macroeconomic conditions related to the global COVID-19 pandemic; the failure to realize the anticipated benefits of the Business Combination; the amount of redemption requests made by Khosla's public stockholders; Khosla's ability to procure private placement subscriptions in connection with the Business Combination sufficient to satisfy Nextdoor's business objectives. Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein.

Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein and the risk factors of Khosla and Nextdoor described above. Neither Khosla nor Nextdoor undertakes any duty to update these forward-looking statements.

**Use** **of** **Projections**
This Presentation contains projected financial information with respect to Nextdoor. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as being predictive of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in such prospective financial information, including without limitation, assumptions regarding Khosla's and Nextdoor's ability to consummate the Business Combination, the failure of which to materialize could cause actual results to differ materially from those contained in the prospective financial information. Khosla and Nextdoor caution that their assumptions may not materialize and that current economic conditions render such assumptions, although believed reasonable at the time they were made, subject to greater uncertainty. See the section above titled "Forward-Looking Statements". The inclusion of financial forecast information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved. Neither Khosla's nor Nextdoor's independent auditors have audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this Presentation or any other purpose, and accordingly, none of such independent auditors has expressed any opinion or provided any other form of assurance with respect to such projections.

# Disclaimer

Confidential   3

**Financial Information and Use of Non-GAAP Financial Measures**

The financial information contained in this Presentation has been taken from or prepared based on the historical financial statements of Nextdoor for the periods presented. An audit of these financial statements is in process. Accordingly, such financial information and data may not be included in, may be adjusted in or may be presented differently in any registration statement to be filed with the SEC by Khosla in connection with the Business Combination. Nextdoor has not yet completed its closing procedures for the fiscal year ended December 31, 2020 or the three months ended March 31, 2021. This Presentation contains certain estimated preliminary financial results and key operating metrics for the fiscal year ended December 31, 2020 and the three months ended March 31, 2021. This information is preliminary and subject to change. As such, our actual results may differ from the estimated preliminary results presented here and will not be finalized until we complete of our year-end accounting procedures.

This presentation includes certain non-GAAP financial measures (including on a forward-looking basis). These non-GAAP measures are an addition, and not a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to their nearest GAAP equivalent or any other performance measures derived in accordance with GAAP. A reconciliation of the non-GAAP financial measures used in this Presentation to their nearest GAAP equivalent is included in the appendix to this Presentation. Nextdoor believes that these non-GAAP measures of financial results (including on a forward-looking basis) provide useful supplemental information to investors about Nextdoor. Nextdoor's management uses forward-looking non-GAAP measures to evaluate Nextdoor's projected financials and operating performance. However, there are a number of limitations related to the use of these non-GAAP measures and their nearest GAAP equivalents, including that they exclude significant expenses that are required by GAAP to be recorded in Nextdoor's financial measures. In addition, other companies may calculate non-GAAP measures differently, or may use other measures to calculate their financial performance, and therefore, Nextdoor's non-GAAP measures may not be directly comparable to similarly titled measures of other companies. Additionally, to the extent that forward-looking non-GAAP financial measures are provided, they are presented on a non-GAAP basis without reconciliations of such forward-looking non-GAAP measures due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliations.

**Additional Information**

In connection with the proposed Business Combination, Khosla intends to file with the SEC a registration statement on Form S-4 containing a preliminary proxy statement/prospectus of Khosla and consent solicitation statement of Nextdoor, and after the registration statement is declared effective, Khosla and Nextdoor will mail a definitive proxy statement/prospectus/consent solicitation statement relating to the proposed Business Combination to their respective stockholders. This Presentation does not contain any information that should be considered by Khosla's or Nextdoor's stockholders concerning the proposed Business Combination and is not intended to constitute the basis of any voting or investment decision in respect of the Business Combination or the securities of Khosla. Khosla's and Nextdoor's stockholders and other interested persons are advised to read, when available, the preliminary proxy statement/prospectus/consent solicitation statement and the amendments thereto and the definitive proxy statement/prospectus/consent solicitation statement and other documents filed in connection with the proposed Business Combination, as these materials will contain important proxy information about Khosla, Nextdoor and the Business Combination. When available, the definitive proxy statement/prospectus/consent solicitation statement and other relevant materials for the proposed Business Combination will be mailed to stockholders of Khosla and Nextdoor as of a record date to be established for voting on the proposed Business Combination. Stockholders will also be able to obtain copies of the preliminary proxy statement/prospectus/consent solicitation statement, the definitive proxy statement/ prospectus/consent solicitation statement and other documents filed with the SEC, without charge, once available, at the SEC's website at www.sec.gov, or by directing a request to: Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025.

**Participants in the Solicitation**

Khosla, Nextdoor and their respective directors and executive officers may be deemed participants in the solicitation of proxies from Khosla's stockholders with respect to the proposed Business Combination. A list of the names of Khosla's directors and executive officers and a description of their interests in Khosla is contained in Khosla's final prospectus relating to its initial public offering, dated March 23, 2021, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025. Additional information regarding the interests of the participants in the solicitation of proxies from Khosla's stockholders with respect to the proposed Business Combination will be contained in the proxy statement/prospectus for the proposed Business Combination when available.

**No Offer or Solicitation**

This Presentation shall not constitute a "solicitation" as defined in Section 14 of the Securities Exchange Act of 1934, as amended. This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. Any private offering of securities in connection with the Business Combination (the "Securities") will not be registered under the Securities Act of 1933, as amended ("Securities Act"), and will be offered as a private placement to a limited number of "qualified institutional buyers" (as defined in Rule 144A under the Securities Act) or institutional "accredited investors" (within the meaning of Rule 501(a) under the Securities Act). Accordingly, until registered for resale, the Securities must continue to be held until a subsequent disposition is exempt from the registration requirements of the Securities Act. Investors should consult with their counsel as to the applicable requirements for a purchaser to avail itself of any exemption from registration under the Securities Act. The transfer of the Securities may also be subject to conditions set forth in an agreement under which they are to be issued. Investors should be aware that they might be required to bear the final risk of their investment for an indefinite period of time. Neither Nextdoor nor Khosla is making an offer of the Securities in any state or jurisdiction where the offer is not permitted. NEITHER THE SEC NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THE SECURITIES OR DETERMINED IF THIS PRESENTATION IS TRUTHFUL OR COMPLETE.

**Industry and Market Data**

Certain information contained in this Presentation relates to or is based on studies, publications, surveys and Nextdoor's own internal estimates and research. In addition, all of the market data included in this Presentation involves a number of assumptions and limitations, and there can be no guarantee as to the accuracy or reliability of such assumptions. Finally, while Nextdoor believes its internal research is reliable, such research has not been verified by any independent source and none of Nextdoor, nor any of its affiliates nor any of its control persons, officers, directors, employees or representatives make any representation or warranty with respect to the accuracy of such information.

**Trademarks**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM © or ® symbols, but Khosla and Nextdoor will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

**No Relationship or Joint Venture**

Nothing contained in this Presentation will be deemed or construed to create the relationship of partnership, association, principal and agent or joint venture. This Presentation does not create any obligation on the part of either Nextdoor, Khosla or the recipient to enter into any further agreement or arrangement. Unless and until a definitive agreement has been fully executed and delivered, no contract or agreement providing for a transaction will be deemed to exist and none of Khosla, Nextdoor or the recipient will be under any legal obligation of any kind whatsoever. Accordingly, this Presentation is not intended to create for any party a right of specific performance or a right to seek any payment or damages for failure, for any reason, to complete the proposed transactions contemplated herein.






Welcome to the Neighborhood

Confidential   4

## Nextdoor

**Sarah Friar**
Chief Executive Officer

**Mike Doyle**
Chief Financial Officer

## Khosla Ventures Acquisition Co. II

**Vinod Khosla**
Founder

**David Weiden**
Founding Partner and
Managing Director








**8** *Confidential*

# *Building back community*

**73%** say neighbors are one of the most important communities in their lives[1]

**Knowing at least *6 neighbors* can reduce loneliness**[2]

75% plan to shop more locally[3]
80% expect to work from home at least 3x per week[4]
2x expected growth of sharing economy[5]

(1) Open Mind Strategy 2020; (2) Nextdoor Global Loneliness Study (3) Brightpearl, 2021; (4) Owl Labs October, 2020; (5) Statista, 2021.





*Confidential* **10**

# *People interact with and rely on their neighborhoods every day...*

| *Local Perspectives* | *Groups* | *Recommendations* | *Connections* | *Businesses* |
|---|---|---|---|---|
|  |  |  |  |  |



# A day in the life of a parent: meet Abraham *Kingstowne Thompson Center, VA*

**Confidential 11**

**7AM**
**Searches for school tutor**
Drops kids off at school, remembers to search for an after-school tutor

Hosts 30 coffees in 30 days to meet people nearby
**Meets neighbors for coffee**
**10AM**

**12PM**
**Recommends a local restaurant**
Gives rave review for the local burger place where he had lunch

Reaches out to neighbors for a pasta machine, to make his favorite chef's 24-layer lasagna
**Borrows neighbor's pasta machine**
**4PM**

**6PM**
**Hosts Dads group**
Schedules Zoom Session to connect with local parents



**Confidential 12**

# A week in the life of a small business owner: meet Dawn *Grant Park, GA*

**MON**

**Updates her business page**

Updates with new spring time hours, and adds a few new photos

Checks her Local Deal dashboard to see how its performing and re-ups for another month

**Checks her dashboard**

**TUE**

**THU**

**Responds to neighbors**

Notices new recommendations from neighbors and quickly replies to thank them for their support

Responds to a question about payroll software from her local small business owner group

**Checks in with her business group**

**FRI**

**SAT**

**Promotes new job listing**

Looks to hire a new social media expert and creates an ad for the job



## A week in the life of fire information mgr: meet Cecile San Mateo-Santa Cruz, CA

**Confidential  13**

**MON**
**Sets up wildfire webinar**
Organizes and promotes wildfire awareness webinar ahead of fire season

**TUE**
Posts real time update on evacuation procedures for the immediate area
**Updates Evacuation Order**

**WED**
**Alerts neighbors to local wildfire**
Pushes out a geo-targeted urgent alert about a fire to affected residents

**THU**
Checks the post metrics to make sure messages are getting through
**Monitors metrics**

**FRI**
**Responds to questions**
Answers residents' questions about the urgent alert



Case 5:24-cv-01213-EJD    Document 74-4    Filed 11/12/24    Page 27 of 65



## *Established product-market fit: Enduring neighbor retention...*

Confidential **15**

After two years >50% of our audience remains engaged

3-month — 74%
6-month — 65%
12-month — 59%
24-month — 54%

Monthly active users (MAU) defined as count of unique members who have started a session or opened a content email over the trailing 30 days. 3 month MAU is defined as active in the 30 days preceding day 90, 6 month is active in the 30 days preceding day 180, 12 month is active in the 30 days preceding day 360, and 24 month is active in the 30 days preceding day 720. 3-, 6- and 12-month data based on users who joined in 2020; 24-month data based on users who joined in 2019.

## *...Combined with strong network effects...*



**Our path to engagement growth is proven**

**2.3x increase in weekly engagement as more neighbors join**

% of Members Active Weekly reflects U.S. WAUs divided by All time Verified Members (AVMs). Data as of 3/31/21.



## Increasing penetration globally, with top neighborhoods exceeding 60% daily engagement

Confidential  17

■ Neighborhoods with top-quartile (>65%) penetration
■ Top 10 engaged neighborhoods (>60% daily engagement)

VERNON, BC

MECHANICSBURG

MILLSBORO

LANCASTER

ELOY

ORACLE

WIMAUMA

LAKEWOOD RANCH

MARKET HARBOROUGH

LAXFIELD

Data as of 3/31/21.

*Confidential* 18

# ...With an audience that finds distinct value on Nextdoor

**% of people who visit Nextdoor at least once per month but do not visit this social media platform at least once per month**



| | |
|---|---|
| Did not visit Snap | 82% |
| Did not visit LinkedIn | 64% |
| Did not visit Twitter | 63% |
| Did not visit Pinterest | 52% |
| Did not visit Instagram | 43% |
| Did not visit Facebook & Messenger | 27% |

**>$1T**

**Aggregate market cap of these other platforms**

Source: Comscore Media Metrix® Multi-Platform, Cross Visiting, Total Audience, % Vertical, March 2021, United States
Peer market cap data as of 6/3/21 per CapitalIQ.

*Confidential* **19**

# *Nextdoor is one of the most frequently used consumer products*



**Weekly Active Users (WAU) engage nearly 4 times a week**

Source: App Annie. Nextdoor DAU/WAU based on internal data, 2020 daily average. DAU defined as a unique Registered Neighbor who starts a session or opens a content email on a given day. WAU defined as count of unique Registered Neighbors who have started a session or engaged with a content email over the trailing 7 days.

*Confidential* **20**

## A verified daily audience with significant monetization potential



U.S. DAU and ARPU[1]

Source: Company filings and internal data for 2020. Comparison is illustrative as each company calculates daily active users differently. Snap includes U.S., Canada, Mexico, the Caribbean and Central America. Twitter and Nextdoor include the U.S. only.
1. Snap and Twitter DAU and ARPU figures reflect data provided in their 2020 10-Ks.

*Confidential* 21

# We have an increasing number of ways to drive acquisition and engagement

**Contact sync**
*Multiplying friend networks*

**Sharing**
*Sharing more content with more people*

**Neighborhood Guides**
*Discovering more in more neighborhoods*

**Video tools**
*Making moments more shareable*

**Ask a Neighbor**
*Engaging real local insiders*






Confidential  22

# Expanding engagement by following multiple neighborhoods



**Now: Follow the neighborhood where**

**To come: Follow the neighborhoods where**

I live

I live

My mum lives

I own a business

I want to spend the summer

I used to live

I want to move

I volunteer

I own a vacation home

Browse & follow capabilities are currently available to 50% of US neighbors.

*Confidential* **23**

## We can 4.5x our reach just by reaching global penetration in-line with our more mature U.S. neighborhoods



**312M Households**
U.S. 128M
International 183M

**203M Households**
U.S. 83M
International 119M

**45M Households**
U.S. 37M
International 8M

**+109M Households**
Future opportunities in existing markets
*(U.S. / International)*

**+158M Households**
Next opportunity for additional households at 65% penetration
*(U.S. / International)*

**45M Households**
claimed in existing markets
*(U.S. / International)*

Source: U.S. Census, Statista and Statistics Canada. Nextdoor  Q1 2021 data. U.S. only, excludes members in pilot neighborhoods. Claimed residences have at least one Current Verified Member (CVM) at the residence.  Some figures may not sum due to rounding.



# Digital advertising TAM represents $600B+ opportunity

*Confidential* 24

**Large Adjacent Markets**

Home services

Local commerce

Classifieds

Real estate

Local events

$355B
Global

$143B
U.S.

**2020 TAM**

83% Growth

$607B
Global

$262B
U.S.

**2024 TAM**

Source: Global and US digital ad markets, eMarketer March 2021
Note: Digital advertising market is based on eMarketer U.S. ad spend and excluding B2B, which represents 6% of digital ad spend in 2020. Global advertising market includes annual ad spend across all countries world-wide and is not adjusted to Nextdoor's existing 11 markets. For both 2020 and 2024, assumes 6% B2B share across all global markets.

*Confidential* **25**

# Connecting neighbors and organizations with highly relevant information

### Global / national brands
**Hyperlocal targeting & creative at scale**
*~200 enterprise customers*



### SMBs / neighbors for hire
**Discovery by relevant audiences**
*>2M local business claimed pages*



### Public agencies / utilities
**Verified distribution with flexible targeting**
*>5K public agencies on platform*



Customer data as of 12/31/20.

Confidential  26

# Full funnel approach helping neighbors from awareness to action



**Awareness & Discovery**
Local context means Nextdoor content is relevant

**Intent & Influence**
First-party data creates efficient targeting

**Action**
Opportunities to purchase and act with ease

Sponsored Posts

Maps

Sponsorships

Dynamic Local Ads

Local Deals

Finds

*Confidential* 27

# Why Nextdoor wins: We are the neighborhood network, strong network effects, and clear monetization upside

| | |
|---|---|
| Nextdoor = Neighborhoods | Nextdoor is where you plug into the neighborhoods that matter to you. |
| Purpose-driven brand | Purpose-driven brand — promotes growth, differentiates the business, and aligns the organization. |
| Global relevance | 60M+ global Verified Neighbors today, and over 70% neighbor retention. |
| Unique value prop | Built on trusted information, physical proximity, and uniquely local perspective. |
| Significant global addressable market | Everyone is a neighbor. Near-term opportunity to add 150M+ households globally. |
| Product innovation | 10 years of singular focus on all things neighborhood provides utility that can't be replicated. |
| Multiple drivers of monetization | ARPU growth of 28% Y/Y in Q4 '20 and 31% Y/Y in Q1 '21. |

Global Verified Neighbor data as of 3/31/21. Reflects 3-month retention of neighbors who joined in 2020. ARPU shown is calculated by annualizing U.S. revenue divided by the weekly active users (WAU) in the period.

*Confidential* 28

# *Turbocharged leadership team in last 24 months*



**Heidi Andersen**
Head of Revenue

 



**Maryam Banikarim**
Head of Marketing





**Mike Doyle**
Chief Financial Officer

 



**Sarah Friar**
Chief Executive Officer





**Prakash Janakiraman**
Co-Founder, Chief Architect

 



**Craig Lisowski**
Head of Data, Information,
Systems and Trust





**John Orta**
Chief Legal Officer &
Head of Corp Dev



**Bryan Power**
Head of People

 



**Kiran Prasad**
Head of Product





**Antonio Silveira**
Head of Engineering



*Confidential* 29

# Seasoned Board of Directors



**John Hope Bryant**
Entrepreneur, founder, chairman, CEO, author, activist



**Sarah Friar**
Chief Executive Officer



**Bill Gurley**
Benchmark



**Leslie Kilgore**
Former Netflix CMO



**Mary Meeker**
Bond



**Jason Pressman**
Shasta Ventures



**David Sze**
Greylock Capital



**Nirav Tolia**
Co-Founder



**Chris Varelas**
Riverwood Capital



**Andrea Wishom**
President, Skywalker Holdings



*Confidential* **31**

# *Financial highlights*

***Differentiated products with contextual relevance*** *enable sustainable growth*

***High levels of neighbor retention*** *enable consistent growth and ROI on acquisition spend*

***Network effects*** *increase WAU engagement as penetration increases*

***ARPU expansion with multiple levers*** *provides opportunity to continue to increase monetization*

***Multiple under-monetized products*** *creating potential for significant upside in the growth*

*Significant opportunity to monetize in rapidly growing **international markets***

# Growing base of engaged and monetized users

Confidential  32



ARPU shown above is calculated as total global revenue divided by the average total global weekly active users (WAU) in the period. WAU defined as the count of unique neighbors who have started a session or opened a content email over the trailing 7 days. Quarterly ARPU is annualized.



## Multiple drivers of monetization

Confidential 34



**Increased engagement, improved fill rates, and non-supply dependent local revenue all drive growth**

## 31% growth Y/Y
in Q1'21, accelerating from Q4'20

ARPU shown above is calculated by annualizing U.S. revenue divided by the average weekly active users (WAU) in the period.

*Confidential* 35

# Sustainable growth; *additional capital a potential accelerant*

| | Annual Summary | | | |
|---|---|---|---|---|
| | 2019A | 2020A | 2021E | 2022E |
| **Total Revenue** | $83M | $123M | $178M | $249M |
| *% Growth* | 62% | 49% | 44% | 40% |
| **Total ARPU** | $4.23 | $4.62 | $5.93 | $6.47 |
| *% Growth* | 10% | 9% | 28% | 9% |
| **Operating Expenses** | $158M | $200M | $280M | $352M |
| *% of Total Revenue* | 191% | 162% | 158% | 142% |
| *% Growth* | 70% | 27% | 40% | 26% |
| **Net Loss** | $(73M) | $(75M) | $(103M) | $(103M) |
| **Non-GAAP Operating Expenses** [1] | $141M | $174M | $228M | $294M |
| *% of Total Revenue* | 171% | 141% | 128% | 118% |
| *% Growth* | 66% | 23% | 31% | 29% |
| **Adj. EBITDA** | $(59M) | $(50M) | $(50M) | $(45M) |
| *% Margin* | (71%) | (41%) | (28%) | (18%) |
| *Y/Y Margin Improvement* | (3%) | 31% | 13% | 10% |

**Current model does not assume additional capital**
Additional funding can significantly accelerate growth

**Long Term Target Margins:**
Adjusted EBITDA Margins of ~40%

Forward looking estimates are subject to change. Actual figures may be materially different. For a reconciliation of non-GAAP financial measures to GAAP, see appendix.

1. Non-GAAP Operating Expenses includes cost of revenue, sales and marketing, research and development and general and administrative expenses, excluding depreciation and amortization, stock-based compensation and acquisition-related costs.



# Risk Factors

Confidential 37

**Risks Related to Nextdoor's Business and Industry Following the [Business Combination]**

1. Nextdoor has a limited operating history at the current scale of its business and is still scaling up its monetization efforts, which makes it difficult to evaluate its current business and future prospects, and there is no assurance it will be able to scale its business for future growth.

2. Nextdoor generates substantially all of its revenue from advertising. If advertisers reduce or eliminate their spending with Nextdoor, Nextdoor's business, operating results, and financial condition would be adversely impacted.

3. Nextdoor's ability to attract and retain advertisers depends on its ability to collect and use data and develop products to enable it to effectively deliver and accurately measure advertisements on the Nextdoor platform.

4. If Nextdoor fails to add new neighbors or retain current neighbors, or if current neighbors engage less with Nextdoor, its business, operating results, and financial condition would be adversely impacted.

5. Nextdoor's business is highly competitive. Competition presents an ongoing threat to the success of Nextdoor's business.

6. Nextdoor's business is dependent on its ability to maintain and scale its product offerings and technical infrastructure, and any significant disruption in the availability of Nextdoor's platform could damage Nextdoor's reputation, result in a potential loss of neighbors and engagement, and adversely affect Nextdoor's business, operating results, and financial condition.

7. Nextdoor has experienced rapid growth and expects to invest in its growth for the foreseeable future. If Nextdoor fails to manage its growth effectively, its business, operating results, and financial condition would be adversely affected.

8. If Nextdoor does not successfully anticipate market needs and develop products and services and platform enhancements that meet those needs, or if those products, services and platform enhancements do not gain market acceptance, its business, operating results, and financial condition will be adversely impacted.

9. If Nextdoor's efforts to build strong brand identity and reputation are not successful, it may not be able to attract or retain neighbors, and its business, operating results, and financial condition will be adversely affected.

10. Unfavorable media coverage negatively affects Nextdoor's business from time to time.

11. Health epidemics, including the COVID-19 pandemic have had or could have an adverse impact on Nextdoor's business, operations and the markets and communities in which Nextdoor, its partners and its customers operate.

12. Nextdoor plans to continue expanding its international operations where it has limited operating experience and may be subject to increased business and economic risks that could seriously harm its business, operating results, and financial condition.

13. If Nextdoor needs additional capital in the future, it may not be available on favorable terms, if at all.

14. Nextdoor plans to continue to make acquisitions, which could harm its financial condition or results of operations and may adversely affect the price of its Class A common stock.

15. Nextdoor's business depends largely on its ability to attract and retain talented employees, including senior management. If Nextdoor loses the services of Sarah Friar, its Chief Executive Officer, or other members of its senior management team, Nextdoor may not be able to execute on its business strategy.

16. Nextdoor's core values may conflict with the short-term interests of its business.

17. Nextdoor is dependent on Google Ad Manager ("GAM") for a substantial majority of its revenue. Any failure or change in the GAM product or its terms and conditions, data usage or pricing could adversely affect Nextdoor's business, operating results, and financial condition.

18. Nextdoor relies on third-party software and service providers, including Amazon Web Services ("AWS"), to provide systems, storage and services for its platform. Any failure or interruption experienced by such third parties, including as a result of the COVID-19 pandemic, could result in the inability of neighbors and advertisers to access or utilize Nextdoor's platform, and adversely impact Nextdoor's business, operating results, and financial condition.

19. Nextdoor relies on third parties, including email providers, mobile data networks, geolocation providers and the United States Postal Service ("USPS") to verify its neighbors' addresses. Any failure or interruption experienced by such third parties, including the USPS, could result in the inability of neighbors to join Nextdoor's platform, resulting in harm to Nextdoor's reputation and an adverse impact to its business, operating results, and financial condition.

20. Technologies have been developed that can block the display of advertisements on the Nextdoor platform, which could adversely impact its business, operating results, and financial condition.

21. Security breaches and improper access to or disclosure of Nextdoor's data or its neighbors' data, or other hacking and phishing attacks on Nextdoor's or third-party systems, could harm its reputation and adversely affect its business.

22. Distribution and marketing of, and access to, Nextdoor's platform depends, in significant part, on a variety of third-party publishers and platforms (including mobile app stores, third party payment providers, computer systems, and other communication systems and service providers). If these third parties limit, prohibit or otherwise interfere with or change the terms of the distribution, use or marketing of Nextdoor's platform in any material way, it could materially adversely affect Nextdoor's business, operating results, and financial condition.

23. Nextdoor's platform and internal systems rely on software and hardware that is highly technical, and any errors, bugs, or vulnerabilities in these systems, or failures to address or mitigate technical limitations in Nextdoor's systems, could adversely affect its business.

# Risk Factors

Confidential 38

**Risks Related to Financial and Accounting Matters**

1. Nextdoor's operating results may fluctuate significantly, which makes its future results difficult to predict.

2. Certain of Nextdoor's market opportunity estimates, growth forecasts and key metrics could prove to be inaccurate, and any real or perceived inaccuracies may harm its reputation and negatively affect its business.

3. Nextdoor has a history of net losses and may experience net losses in the future and Nextdoor cannot assure you that it will achieve or sustain profitability. If Nextdoor cannot achieve and sustain profitability, its business, financial condition, and operating results will be adversely affected.

4. Nextdoor's ability to use its U.S. federal and state net operating losses to offset future taxable income may be subject to certain limitations which could subject Nextdoor's business to higher tax liability.

5. Nextdoor's financial results may be adversely affected by changes in accounting principles generally accepted in the United States and its financial estimates may be different from its financial results.

6. If currency exchange rates fluctuate substantially in the future, Nextdoor's operating results, which are reported in U.S. dollars, could be adversely affected.

7. Nextdoor may have exposure to greater-than-anticipated tax liabilities, which could seriously harm its business.

8. Taxing authorities in the U.S. and in foreign jurisdictions may successfully assert that Nextdoor should have collected or in the future should collect sales and use, gross receipts, value-added or similar taxes and may successfully impose additional obligations on Nextdoor, and any such assessments or obligations could adversely affect Nextdoor's business, operating results, and financial condition.

9. The interpretation and application of recent U.S. tax legislation or other changes in U.S. or non-U.S. taxation of Nextdoor's operations could harm its business, operating results, and financial condition.

**Risks Related to Legal and Regulatory Matters**

10. Nextdoor may be liable as a result of content or information that is published or made available on its platform.

11. Actions by governments that restrict access to Nextdoor's platform in their countries, or that otherwise impair Nextdoor's ability to sell advertising in their countries, could substantially harm Nextdoor's business, operating results, and financial condition.

12. Nextdoor's business is subject to complex and evolving U.S. and foreign laws, regulations and industry standards regarding data privacy, cybersecurity, intellectual property (including copyright and patent laws), content, rights of publicity, advertising, marketing, competition, protection of minors, consumer protection, taxation, and telecommunications, and other matters, and it cannot yet determine the impact that such future laws, regulations and industry standards may have on Nextdoor's business. Many of these laws and regulations are subject to change and uncertain interpretation, and could result in claims, changes to Nextdoor's business practices, monetary penalties, increased cost of operations, or declines in neighbor growth or engagement, or otherwise harm Nextdoor's business, operating results, and financial condition.

13. Nextdoor could be involved in legal disputes that are expensive and time consuming, and, if resolved adversely, could harm its business, operating results, and financial condition.

14. Exposure to United Kingdom political developments, including the effect of its withdrawal from the European Union, could be costly and difficult to comply with and could adversely impact Nextdoor's business, operations results, and financial condition.

15. The obligations associated with operating as a public company following the [Business Combination] will require significant resources and management attention and will cause Nextdoor to incur additional expenses, which will adversely affect its profitability.

16. Failure to maintain effective systems of internal control and disclosure controls could have a material adverse effect on Nextdoor's business, operating results, and financial condition.

**Risks Related To Intellectual Property**

17. If Nextdoor is unable to protect its intellectual property, the value of its brands and other intangible assets may be diminished, and its business, operating results, and financial condition may be adversely affected.

18. Confidentiality agreements with employees and others may not adequately prevent disclosure of trade secrets and proprietary information.

19. Nextdoor's use of "open source" software could subject it to possible litigation or could prevent it from offering products that include open source software or require it to obtain licenses on unfavorable terms.

**Risks Related to Ownership of Nextdoor's Class A Common Stock**

20. The dual class structure of Nextdoor's common stock may adversely affect the trading market for its Class A common stock following the closing of the transaction.

21. The dual class structure of Nextdoor's common stock will have the effect of concentrating voting power with Nextdoor's management and other existing stockholders, which will limit your ability to influence the outcome of important transactions, including a change in control.

22. Nextdoor does not intend to pay dividends for the foreseeable future and, as a result, your ability to achieve a return on your investment will depend on appreciation in the price of Nextdoor's Class A common stock.



*Appendix*

# *Attractive Valuation*

Confidential  40

**Advertising Comps**  **Community Comps**

### *2021E - 2022E Revenue Growth*

| Nextdoor | Snap | Pinterest | Twitter | Bumble | Roblox | Match |
|---|---|---|---|---|---|---|
| 40% | 48% | 33% | 23% | 23% | 20% | 19% |

### *2022E EV / Revenue*

| Nextdoor | Snap | Pinterest | Twitter | Roblox | Bumble | Match |
|---|---|---|---|---|---|---|
| 14.2x | 20.0x | 15.7x | 9.2x | 17.6x | 14.1x | 13.9x |

### *2022E EV / Growth Adj. Revenue*

| Nextdoor | Pinterest | Snap | Twitter | Roblox | Match | Bumble |
|---|---|---|---|---|---|---|
| 0.35x | 0.48x | 0.42x | 0.40x | 0.88x | 0.72x | 0.61x |

Source: Capital IQ
Market data and Thomson consensus estimates as of 7/2/2021
Assumes $3.5B Enterprise Value for Nextdoor

# Transaction Summary
*($ in millions, except share price)*

## Sources

| | |
|---|---|
| SPAC Cash in Trust (Assuming no Redemptions) | $416 |
| PIPE | $270 |
| Existing Equity Holders' Rollover | $3,500 |
| **Total Sources** | **$4,186** |

## Uses

| | |
|---|---|
| Cash Proceeds to Nextdoor | $642 |
| Equity Consideration to Existing Equity Holders | $3,500 |
| Estimated Transaction Expenses | $44 |
| **Total Sources** | **$4,186** |

## Pro Forma Capitalization

| | |
|---|---|
| Share Price | $10.00 |
| Total Shares Outstanding | 430 |
| **Equity Value** | **$4,301** |
| Net Cash | $(763) |
| **Enterprise Value** | **$3,538** |

## Illustrative Pro Forma Ownership



PIPE Investors (6.3%)  Khosla (2.7%)
SPAC Public Equity Holders (9.7%)
Nextdoor Equity Holders (81.4%)

Notes:
1. Assumes no shareholder redemptions.
2. Assumes $10.00 price per share.
3. Assumes existing Nextdoor net cash on balance sheet of $121.0 million as of 5/31/21.
4. Total shares include 350.0 million Nextdoor rollover shares, 41.6 million SPAC public shares, 27.0 million shares from PIPE and 11.5 million Khosla shares (including 1.1 million private placement shares and 10.4 million sponsor promote shares; excludes shares from Khosla investment in PIPE).
5. Transaction expenses are estimates.
6. Pro Forma Ownership represents economic interest. Does not reflect 10:1 voting structure. Nextdoor equity holders will retain Class B shares with 10 votes per share. All other investors will hold Class A shares with one vote per share.

*Confidential* **41**

Confidential  42

## Adjusted EBITDA Reconciliation

|  | 2019A | 2020A |
|---|---|---|
| **Net Loss** | $(73.3M) | $(75.2M) |
| Depreciation and amortization | $2.1M | $3.1M |
| Stock-based compensation | 14.1M | 22.6M |
| Interest | (2.5M) | (0.7M) |
| Provision for income taxes | 0.2M | 0.1M |
| Acquisition-related costs | 0.6M | – |
| **Adjusted EBITDA** | **$(58.8M)** | **$(50.2M)** |

*Confidential* **43**

# Non-GAAP Operating Expenses Reconciliation

|  | 2019A | 2020A |
|---|---|---|
| *Operating Expenses* | | |
| Cost of revenue | $13.7M | $21.6M |
| Sales and marketing | 81.0M | 80.3M |
| Research and development | 42.6M | 69.2M |
| General and administrative | 20.7M | 28.8M |
| **Total GAAP Operating Expenses** | **$158.0M** | **$199.9M** |
| (-) Depreciation and amortization | ($2.1M) | ($3.1M) |
| (-) Stock-based compensation | (14.1M) | (22.6M) |
| (-) Acquisition-related costs | (0.6M) | 0.0M |
| **Non-GAAP Operating Expenses** | **$141.2M** | **$174.2M** |
| *% of Total Revenue* | *171%* | *141%* |
| *% Growth* | *66%* | *23%* |

# Definitions

Confidential 44

| Metrics | Definition |
|---------|-----------|
| U.S. Household | A single (U.S.) residence containing at least one Current Verified Neighbor |
| Neighborhoods | The number of active Launched (10+ member) neighborhoods. A "neighborhood" is a specific geographic area with a defined boundary. Neighborhoods do not overlap. |
| Verified Neighbors/Users | The number of neighbors who are verified in a valid Launched (10+ member) or Pilot (< 10 member) neighborhood, and in good standing (i.e. not deleted, deactivated, or suspended.) |
| Daily Active Users (DAU) | Count of unique neighbors who have started a session or opened a content email on a given day |
| Weekly Active Users (WAU) | Count of unique neighbors who have started a session or opened a content email over the trailing 7 days |
| Monthly Active User (MAU) | Count of unique neighbors who have started a session or opened a content email over the trailing 30 days |
| Engagement | Used to refer to neighbor activity — usually WAU unless otherwise specified |
| Neighbor retention | 3 month MAU is defined as active in the 30 days preceding day 90, 6 month is active in the 30 days preceding day 180, 12 month is active in the 30 days preceding day 360, and 24-month is active in the 30 days preceding Shown for All-time Verified Neighbors joining in 2020. |
| Neighborhood penetration | U.S. Households (see above) divided by the total number of Households (claimed or otherwise) in the neighborhood. |
| Local Business Claimed Pages | Local business pages that have been claimed by a Nextdoor partner |
| Total Addressable Market (TAM) | Digital advertising spend in the U.S. excluding B2B (not addressable by Nextdoor). Source: eMarketer |

**Exhibit 99.3**

**RISK FACTORS**

*Unless the context otherwise requires, all references in this subsection to the "Company," "we," "us" or "our" refer to the business of Nextdoor, Inc. and its subsidiaries prior to the consummation of the Business Combination, which will be the business of New Nextdoor and its subsidiaries following the consummation of the Business Combination. The risk factors below have been prepared solely for purposes of the private placement transaction, and solely for potential private placement investors, and not for any other purpose. You should carefully consider these risks and uncertainties, together with the information in the Company's consolidated financial statements and related notes, and should carry out your own diligence and consult with your own financial and legal advisors concerning the risks and suitability of an investment in this offering before making an investment decision. Risks relating to the business of the Company will be disclosed in future documents filed or furnished by the Company and Khosla Ventures Acquisition Co. II ("KVSB") with the U.S. Securities and Exchange Commission ("SEC"), including the documents filed or furnished in connection with the proposed transactions between the Company and KVSB. The risks presented in such filings will be consistent with those that would be required for a public company in its SEC filings, including with respect to the business and securities of the Company and KVSB and the proposed transactions between the Company and KVSB, and may differ significantly from, and be more extensive than, those presented below.*

**Risks Related to Nextdoor's Business and Industry Following the Business Combination.**

***Nextdoor has a limited operating history at the current scale of its business and is still scaling up its monetization efforts, which makes it difficult to evaluate its current business and future prospects, and there is no assurance it will be able to scale its business for future growth.***

Nextdoor commenced operating the Nextdoor platform in 2011, and began supporting the platform with advertising in 2016. Nextdoor's limited operating history at the current scale of its business may make it difficult to evaluate its current business and future prospects. Nextdoor has encountered, and will continue to encounter, risks and difficulties frequently experienced by growing companies in rapidly evolving industries, including challenges in accurate financial planning and forecasting, increasing competition and expenses as Nextdoor continues to grow its business, and Nextdoor's ability to achieve market acceptance of its platform and attract, engage and retain users, who Nextdoor calls "neighbors" (which includes individuals) and organizations (which includes businesses and public services, including paying customers such as advertisers). You should consider Nextdoor's business and prospects in light of the risks and difficulties that it may encounter as a business with a limited operating history. Nextdoor cannot ensure that it will be successful in addressing these and other challenges Nextdoor may face in the future, and Nextdoor's business, operating results, and financial condition may be adversely affected if it does not manage these risks successfully. Nextdoor may not be able to maintain its current rate of growth, which is a risk characteristic often shared by companies with limited operating histories participating in rapidly evolving industries.

Additionally, Nextdoor is still in the early stages of monetizing its platform. Nextdoor's growth strategy depends on, among other things, increasing neighbors on the network, increasing engagement, developing new and improving existing products for neighbors and organizations, attracting more advertisers (including expanding its sales efforts to reach advertisers in additional international markets), scaling its business with existing advertisers, and delivering targeted advertisements based on neighbors' personal taste and interests. There can be no assurance that Nextdoor will successfully increase monetization on its platform or that it will sustain or increase the current growth rate of its revenue.

***Nextdoor currently generates substantially all of its revenue from advertising. If advertisers reduce or eliminate their spending with Nextdoor, Nextdoor's business, operating results, and financial condition would be adversely impacted.***

Substantially all of Nextdoor's revenue is currently generated from the sales of advertising on its platform in the form of online display advertisements, which include sponsored posts, local deals, and neighborhood sponsorships. Nextdoor's advertisers typically do not have long-term advertising spend commitments with Nextdoor. Many of Nextdoor's advertisers spend only a relatively small portion of their overall advertising budget with Nextdoor. In addition, advertisers may view some of the features on Nextdoor's platform as experimental and unproven. Advertisers will not continue to do business with Nextdoor, or they will reduce the prices they are willing to pay to advertise with Nextdoor, if Nextdoor does not deliver advertisements in an effective manner, or if advertisers do not believe that their investment in advertising with Nextdoor will generate a competitive return relative to alternatives. Nextdoor's ability to attract and retain advertisers, and ultimately generate revenue, may be adversely affected by a number of factors, including but not limited to:

- decreases in neighbor and advertiser engagement on the platform;
- slower than anticipated growth in, or lack of growth or decreases in, the number of neighbors on the platform;
- platform changes (such as the migration to Nextdoor's proprietary ad server) or inventory management decisions that change the size, format, frequency, or relative prominence of advertisements displayed on the platform;
- competitors offering more attractive pricing for advertisements than Nextdoor is unable or unwilling to match;
- a decrease in the quantity or quality of advertisements shown to neighbors;
- changes to third-party policies or applications that limit Nextdoor's ability to deliver, target, or measure the effectiveness of advertising, including changes by mobile operating system and browser providers such as Apple and Google;
- changes to demographics of Nextdoor's neighbors that make Nextdoor less attractive to advertisers;
- neighbors that upload content or take other actions that are deemed to be hostile, inappropriate, illicit, objectionable, illegal, or otherwise not consistent with the brand of Nextdoor's advertisers;
- adverse government actions or legislative, regulatory, or other legal developments;
- neighbor behavior or changes to the platform that may affect, among other things, the safety and security of other neighbors or the cultivation of a positive and inclusive online community;
- adverse media reports or other negative publicity involving Nextdoor;
- Nextdoor implementing or enforcing policies, such as advertising policies, community guidelines, and other terms or service that are perceived negatively by advertisers;
- Nextdoor's ability to develop and improve its products for advertisers;
- limitations in, or reductions to, the availability, accuracy, utility, and security of analytics and measurement solutions offered by Nextdoor or third parties that are intended to demonstrate the value of Nextdoor's advertisements to advertisers;
- changes to Nextdoor's data privacy practices that affect the type or manner of advertising that Nextdoor is able to provide, including as a result of changes to laws, regulations or regulatory actions, such as the European General Data Protection Regulation ("GDPR"), European ePrivacy Directive, UK General Data Protection Regulation ("UK GDPR"), UK Data Protection Act 2018, California Consumer Privacy Act ("CCPA"), the California Privacy Rights Act ("CPRA") or changes to third-party policies; and

- the impact of macroeconomic conditions, whether in the advertising industry in general, among specific types of advertisers or within particular geographies.

From time to time, certain of these factors have adversely affected Nextdoor's revenue to varying degrees. For example, during the second quarter of 2020, advertisers reduced their advertising spend with Nextdoor as a result of the impact of the COVID-19 pandemic on global macroeconomic conditions and on the advertising industry in general. The occurrence of any of these or other factors in the future could result in a reduction in demand for Nextdoor's advertisements, which may reduce the prices Nextdoor receives for its advertisements, or cause advertisers to stop or reduce their spend with Nextdoor, either of which would negatively affect Nextdoor's business, operating results, and financial condition. Similar occurrences in the future may impair Nextdoor's ability to maintain or increase the quantity or quality of advertisements shown to neighbors and adversely affect Nextdoor's business, operating results, and financial condition.

***Nextdoor's ability to attract and retain advertisers depends on its ability to collect and use data and develop products to enable it to effectively deliver and accurately measure advertisements on the Nextdoor platform.***

Most advertisers rely on tools that measure the effectiveness of their advertising campaigns in order to allocate their advertising spend among various formats and platforms. If Nextdoor is unable to accurately measure the effectiveness of advertising on its platform, if at all, or if Nextdoor is unable to convince advertisers that its platform should be part of a larger advertising budget, Nextdoor's ability to increase the demand and pricing of its advertising tools and maintain or scale its revenue may be limited or decline. Nextdoor's ability to develop and offer products that accurately measure the effectiveness of a campaign on its platform is critical to its ability to attract new advertisers and retain, and increase spend from, its existing advertisers.

Nextdoor is continually developing and improving its products for advertisers and such efforts have and are likely to continue to require significant time and resources and additional investment, and in some cases Nextdoor has relied on, and may in the future rely on, third parties to provide data and technology needed to provide certain measurement data to its advertisers. If Nextdoor cannot continue to develop and improve its products for advertisers in a timely fashion, those products are not reliable, or the measurement results are inconsistent with advertiser's expectations or goals, Nextdoor's revenue could be adversely affected.

In addition, web and mobile browser developers, such as Apple, Microsoft or Google, have implemented and may continue to implement changes, including requiring additional user permissions, in their browser or device operating system that impair Nextdoor's ability to measure and improve the effectiveness of advertising on its platform. Such changes include limiting the use of first-party and third-party cookies and related tracking technologies, such as mobile advertising identifiers, and other changes that limit Nextdoor's ability to collect information that allows it to attribute neighbors' actions on advertisers' websites to the effectiveness of advertising campaigns run on Nextdoor's platform. For example, Apple launched its Intelligent Tracking Prevention ("ITP") feature in its Safari browser. ITP blocks some or all third-party cookies by default on mobile and desktop and ITP has become increasingly restrictive over time. Apple's related Privacy-Preserving Ad Click attribution, intended to preserve some of the functionality lost with ITP, would limit cross-site and cross-device attribution, prevent measurement outside a narrowly-defined attribution window, and prevent advertisement re-targeting and optimization. Further, Apple introduced an App Tracking Transparency framework that limits the ability of mobile applications to request an iOS device's advertising identifier and may also affect Nextdoor's ability to track neighbors actions off its platform and connect their interactions with on-platform advertising. Similarly, Google recently announced that it plans to stop supporting third-party cookies in its Google Chrome browser. These web and mobile browser developers have also implemented and may continue to implement changes and restrictions in browser or device functionality that limit Nextdoor's ability to communicate with or understand the identity of its neighbors.

These restrictions and changes make it more difficult for Nextdoor to provide the most relevant advertisements to its neighbors, as well as decrease its ability to measure the effectiveness of, re-target or optimize advertising on its platform. Developers may release additional technology that further inhibits Nextdoor's ability to collect data that allows Nextdoor to measure the effectiveness of advertising on its platform. Any other restriction, whether by law, regulation, policy (including third-party policies) or otherwise, on Nextdoor's ability to collect and share data which its advertisers find useful or that further reduce its ability to measure the effectiveness of advertising on its platform, would impede Nextdoor's ability to attract, grow and retain advertisers. Advertisers and other third parties who provide data that helps Nextdoor deliver personalized, relevant advertising may restrict or stop sharing this data and it therefore may not be possible for Nextdoor to collect this data within the platform or from another source.

Nextdoor relies heavily on its ability to collect and share data and metrics for its advertisers to help new and existing advertisers understand the performance of advertising campaigns. If advertisers do not perceive Nextdoor's metrics to be accurate representations of its neighbors and neighbor engagement, or there are inaccuracies in Nextdoor's metrics, advertisers may decrease or eliminate allocations of their budgets or resources to Nextdoor's platform, which could harm its business, operating results, and financial condition.

***If Nextdoor fails to add new neighbors or retain current neighbors, or if current neighbors engage less with Nextdoor, its business, operating results, and financial condition would be adversely impacted.***

The number of neighbors that use the Nextdoor platform and their level of engagement on the platform are critical to Nextdoor's success. Nextdoor must continue to engage and retain existing neighbors on its platform as well as attract, engage and retain new neighbors. The number of neighbors on Nextdoor may not continue to grow at the current growth rate, if at all, and it may even decline. In order to attract new neighbors, Nextdoor must engage with neighbors in existing neighborhoods on its platform and add new neighborhoods to the Nextdoor platform, both domestically and internationally. If Nextdoor's neighbor growth rate slows or reverses, its financial performance will be adversely impacted unless Nextdoor can increase its engagement with its existing neighbors and its monetization efforts to offset any such reduction or decrease in neighborhood growth rate. Moreover, Nextdoor is unable to predict the continued impact of the COVID-19 pandemic on neighbor growth and engagement with any certainty, and Nextdoor expects these trends to continue to be subject to volatility.

If current and potential neighbors do not perceive their experience with Nextdoor's platform to be useful, the content generated on the platform to be valuable or relevant or the social connections with fellow neighbors to be worthwhile, Nextdoor may not be able to attract new neighbors, retain existing neighbors or maintain or increase the frequency and duration of their engagement on its platform. In addition, if Nextdoor's existing neighbors decrease the frequency or duration of their engagement or the growth rate of its neighbor base slows or reverses, Nextdoor may be required to incur significantly higher marketing expenses than it currently anticipates in order to acquire new neighbors or retain current neighbors.

There are many factors that could negatively impact Nextdoor's ability to grow, retain and engage current and prospective neighbors, including but not limited to:

- neighbors increasing their engagement with competitor's platforms, products or services instead of, or more frequently than, Nextdoor's platform;
- changes in the amount of time neighbors spend across all applications and platforms, including Nextdoor's platform;
- Nextdoor failing to introduce platform enhancements that neighbors find engaging or if Nextdoor introduces new features, terms, policies or procedures, or make changes to its platform, that are not favorably received by current or prospective neighbors;
- technical or other problems frustrating the neighbor experience, such as problems that prevent Nextdoor from delivering its service in a fast and reliable manner;

- neighbors having difficulty installing, updating or otherwise accessing the Nextdoor platform on mobile devices through the app or web browsers;
- neighbor behavior on Nextdoor's platform changing, including a decrease in the quality and frequency of content shares on the platform;
- decreases in neighbor or advertiser sentiment due to questions about the quality or usefulness of Nextdoor's platform, concerns about the nature of content made available on the platform, concerns related to privacy, safety, security, well-being or other factors;
- changes mandated by legislation, government and regulatory authorities, or litigation that adversely impact Nextdoor's platform or neighbors;
- third parties preventing their content from being displayed on the Nextdoor platform;
- Nextdoor makes changes to how it promotes different features on its platform;
- initiatives designed to attract and retain neighbors and engagement are unsuccessful or discontinued, whether as a result of actions by Nextdoor, third parties, or otherwise;
- Nextdoor, or other partners and companies in the industry are the subject of adverse media reports or other negative publicity;
- Nextdoor is unable to combat spam, harassment, cyberbullying or other hostile, inappropriate, abusive or offensive content or usage on its platform; or
- Nextdoor cannot preserve and enhance its brand and reputation as a trusted neighborhood networking community.

Any decrease in neighbor growth, retention or engagement could render Nextdoor's service less attractive to neighbors or advertisers, and could harm Nextdoor's business, operating results, and financial condition. In addition, neighbor verification is a critical feature of Nextdoor's platform because it demonstrates that neighbors are real people and businesses in the neighborhood they desire to join. If Nextdoor were to change its verification methods, that may adversely impact Nextdoor's ability to add new neighbors or retain existing neighbors.

***Nextdoor's business is highly competitive. Competition presents an ongoing threat to the success of Nextdoor's business.***

Nextdoor competes in almost every aspect of its business with companies that provide a variety of internet products, services, content, and online advertising, including from Facebook, Google, Pinterest, Snap, and Twitter. In addition, aspects of Nextdoor's platform compete with other products and services, including real estate, classifieds, and recommendation and search engines. Nextdoor competes with these companies to attract, engage, and retain users and to attract and retain advertisers. If Nextdoor introduces or acquires new products and services or evolves its platform in a way that subjects it to additional competition or as existing competitors introduce new products and services or evolve their platforms, Nextdoor may fail to engage or retain neighbors or attract new neighbors, which could harm Nextdoor's business, operating results, and financial condition.

Some of Nextdoor's current and potential competitors have substantially broader product or service offerings and leverage their relationships based on other products or services to gain additional share of advertising spend. They have large distributed sales forces and an increasing amount of control over mobile distribution channels. Many of these competitors' economies of scale allow them to have access to larger volumes of data and platforms that are used on a more frequent basis than Nextdoor's, which may enable them to better understand their member base and develop

***Nextdoor's core values may conflict with the short-term interests of its business.***

Nextdoor considers its core values as a guide to the decisions it makes, which Nextdoor believes is essential to its success in increasing its neighbor growth rate and engagement and in serving the best, long-term interests of Nextdoor and its stockholders. In the past, Nextdoor has forgone, and may in the future forgo, certain expansion or revenue opportunities that it does not believe are aligned with its core values, even if Nextdoor's decision may negatively impact its operating results in the short term. Nextdoor's decisions may not result in the long-term benefits that it expects, in which case its neighbor engagement, business, operating results, and financial condition could be harmed.

***Nextdoor is dependent on Google Ad Manager ("GAM") for a substantial majority of its revenue. Any failure or change in the GAM product or its terms and conditions, data usage or pricing could adversely affect Nextdoor's business, operating results, and financial condition.***

Currently, Nextdoor derives and expects to continue to derive, in the near future, the substantial majority of its revenue from GAM. As such, the continued use of GAM is critical to Nextdoor's continued success and any service disruptions, adverse changes to the terms of use thereof, pricing or related terms and conditions for the GAM product, or difficulties with the product, including its data usage, meeting Nextdoor's requirements or standards would negatively affect Nextdoor's business, operating results, and financial condition.

***Nextdoor relies on third-party software and service providers, including Amazon Web Services ("AWS"), to provide systems, storage and services for its platform. Any failure or interruption experienced by such third parties, including as a result of the COVID-19 pandemic, could result in the inability of neighbors and advertisers to access or utilize Nextdoor's platform, and adversely impact Nextdoor's business, operating results, and financial condition.***

Nextdoor relies on third-party software and service providers, including AWS, to provide systems, storage and services, including neighbor login authentication, for its website. Any technical problem with, cyber-attack on or loss of access to such third parties' systems, servers, or technologies could result in the inability of neighbors to access the Nextdoor platform or result in the theft of neighbors' personal information.

Any significant disruption, limitation or loss of Nextdoor's access to or other interference with its use of AWS, including as a result of termination by AWS of its agreement with Nextdoor, would negatively impact Nextdoor's business, operating results, and financial condition. In addition, any transition of the cloud services currently provided by AWS to another cloud services provider would be difficult to implement and would cause Nextdoor to incur significant time and expense and could disrupt or degrade Nextdoor's ability to deliver its products and services. The level of service provided by AWS could affect the availability or speed of Nextdoor's services. If neighbors or advertisers are not able to access Nextdoor's platform or encounter difficulties in doing so, Nextdoor may lose neighbors or advertisers, which could harm its reputation, business, operating results, and financial condition.

Nextdoor utilizes data center hosting facilities operated by AWS, located in various facilities. Nextdoor is unable to serve network traffic from back-up data center services. An unexpected disruption of services provided by these data centers could hamper Nextdoor's ability to handle existing or increased traffic, result in the loss of data or cause Nextdoor's platform to become unavailable, which may harm Nextdoor's reputation, business, operating results, and financial condition.

- adverse litigation judgments, settlements, or other litigation-related costs;
- changes in the legislative or regulatory environment, including with respect to privacy and cybersecurity, or actions by governments or regulators, including fines, orders, or consent decrees;
- changes in U.S. generally accepted accounting principles; and
- changes in domestic and global business and macroeconomic conditions, including as a result of the COVID- 19 pandemic.

The impact of one or more of the foregoing and other factors may cause Nextdoor's operating results to vary significantly. As such, quarter-to-quarter comparisons of Nextdoor's operating results may not be meaningful and should not be relied upon as an indication of future performance. If Nextdoor's quarterly and annual operating results fall below the expectations of investors or securities analysts, the price of its Class A common stock could decline substantially. If Nextdoor fails to meet or exceed the expectations of investors or securities analysts, then the trading price of its Class A common stock could fall substantially, and Nextdoor could face costly lawsuits, including securities class action suits. Furthermore, any quarterly or annual fluctuations in Nextdoor's operating results may, in turn, cause the price of its stock to fluctuate substantially.

In addition, Nextdoor believes that its rapid growth may understate the potential seasonality of its business. As Nextdoor's revenue growth rate slows, Nextdoor expects that the seasonality in its business may become more pronounced and may in the future cause its operating results to fluctuate. For example, advertising spending is traditionally seasonally strong in the fourth quarter of each year and Nextdoor believes that this seasonality affects its quarterly results, which generally reflect higher sequential revenue growth from the third to fourth quarter compared to sequential revenue growth from the fourth quarter to the subsequent first quarter. In addition, global economic concerns continue to create uncertainty and unpredictability and add risk to Nextdoor's future outlook. An economic downturn in any particular region in which Nextdoor does business or globally could result in reductions in revenue, as Nextdoor's advertisers reduce their advertising budgets, and other adverse effects that could harm Nextdoor's business, operating results, and financial condition.

***Certain of Nextdoor's market opportunity estimates, growth forecasts and key metrics could prove to be inaccurate, and any real or perceived inaccuracies may harm its reputation and negatively affect its business.***

Market opportunity estimates and growth forecasts discussed herein, including those Nextdoor has generated itself, are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate. The key assumptions underlying Nextdoor's growth forecasts and projections include Nextdoor's ability to scale new neighbor growth, Nextdoor's ability to grow engagement by its existing neighbor base and Nextdoor's ability to increase monetization of its platform. These assumptions involve risks and uncertainties, including, but not limited to, those described in this "Risk Factors" section, which could cause actual results to differ materially from Nextdoor's growth forecasts and projections. Unfavorable changes in any of these or other assumptions, most of which are beyond Nextdoor's control, could materially and adversely affect its business, operating results, and financial condition and result in the growth forecasts and projections being materially different than actual results. Market opportunity estimates and growth forecasts, whether obtained from third-party sources or developed internally, are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate. In particular, Nextdoor's estimates regarding its market penetration in new and existing markets are difficult to predict. In addition, the private placement transaction materials contain third-party estimates with respect to the addressable market for the global and U.S. digital advertising markets and the anticipated growth of such markets. Nextdoor cannot predict with precision its ability to address these markets. The addressable market Nextdoor estimates may not materialize for many years, if ever, and even if the markets in which it competes meet the size estimates and growth forecasted, its business could fail to grow at similar rates, if at all. Accordingly, Nextdoor's forecasts of market growth should not be taken as indicative of its future growth. In addition, members of the staff of the SEC have recently

questioned whether the Private Securities Litigation Reform Act of 1995 safe harbor for forward-looking statements is applicable to SPAC transactions and the U.S. House Committee on Financial Services released draft legislation amending the Securities Act and the Exchange Act to specifically exclude SPACs from the safe harbor for forward-looking statements. If the safe harbor did not apply to such statements, Nextdoor may have increased risk of being subject to legal proceedings if the forward-looking statements were materially different than actual results.

Nextdoor regularly reviews key business metrics, including WAUs, Verified Users and ARPUs and other measures to evaluate growth trends, measure its performance, and make strategic decisions. These key metrics are calculated using internal company data and have not been validated by an independent third party and there are inherent challenges in such measurements. If Nextdoor fails to maintain an effective analytics platform, its key metrics calculations may be inaccurate, and Nextdoor may not be able to identify those inaccuracies. Nextdoor's key business metrics may also be impacted by compliance or fraud-related bans, technical incidents, or false or spam accounts in existence on its platform. Nextdoor regularly deactivates accounts that violate Nextdoor's terms of service, and exclude these accounts from the calculation of Nextdoor's key business metrics; however, Nextdoor may not succeed in identifying and removing all such accounts from its platform. If Nextdoor's metrics are incorrect or provide incomplete information about neighbors and their behavior, Nextdoor may make inaccurate conclusions about its business.

Nextdoor regularly reviews and may adjust its processes for calculating its market opportunity estimates, growth forecasts, and key metrics to improve their accuracy. Nextdoor's market opportunity estimates, growth forecasts, and key metrics may differ from estimates published by third parties or from similarly titled metrics of its competitors due to differences in methodology. If investors or analysts do not perceive Nextdoor's market opportunity estimates, growth forecasts, and key metrics to be accurate representations of its business, or if Nextdoor discovers material inaccuracies in its market opportunity estimates, growth forecasts and key metrics, Nextdoor's reputation, business, operating results, and financial condition would be adversely affected.

***Nextdoor has a history of net losses and may experience net losses in the future and Nextdoor cannot assure you that it will achieve or sustain profitability. If Nextdoor cannot achieve and sustain profitability, its business, financial condition, and operating results will be adversely affected.***

Nextdoor has experienced significant net losses each year since it began operations in 2007, including net losses of approximately $73.3 million, $75.2 million and $25.1 million for the years ended December 31, 2019 and 2020 and for the three months ended March 31, 2021, respectively. Nextdoor has an accumulated deficit of $410.2 million as of March 31, 2021. Nextdoor anticipates that its operating expenses and capital expenditures will increase substantially in the foreseeable future as it continues to invest in acquiring additional neighbors, increasing engagement on its platform, increasing monetization on its platform, expanding its platform and operations internationally, hiring additional team members, developing and enhancing its platform, marketing and sales, and enhancing its infrastructure. Nextdoor's expansion efforts may prove more expensive than it anticipates, and it may not succeed in increasing its revenues sufficiently to offset these higher expenses. Given the significant operating and capital expenditures associated with Nextdoor's business plan, Nextdoor expects to continue to incur net losses for the foreseeable future and cannot assure you that it will be able to achieve profitability. If Nextdoor does achieve profitability, it cannot be certain that Nextdoor will be able to sustain or increase such profitability.

***Nextdoor's ability to use its U.S. federal and state net operating losses to offset future taxable income may be subject to certain limitations which could subject Nextdoor's business to higher tax liability.***

As of December 31, 2020, Nextdoor had gross U.S. federal net operating loss ("NOL") carryforwards of approximately $333.0 million and gross state NOL carryforwards of approximately $185.5 million, which if not utilized, will begin to expire for federal and state income tax purposes beginning in 2028. To the extent that Nextdoor continues to generate taxable losses, unused losses will carry forward to offset future taxable income, if any. Under

**Forward-Looking Statements**

This communication contains certain forward-looking statements within the meaning of the federal securities laws with respect to the proposed transaction between Nextdoor, Inc. ("**Nextdoor**") and Kholsa Ventures Acquisition Co. II ("**KVSB**"). These forward-looking statements generally are identified by the words "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," "will be," "will continue," "will likely result," and similar expressions. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks and uncertainties. Many factors could cause actual future events to differ materially from the forward-looking statements in this communication. You should carefully consider the risks and uncertainties described in the "Risk Factors" section of KVSB's Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, the registration statement on Form S-4, and other documents filed by KVSB from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and Nextdoor and KVSB assume no obligation and do not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise. Neither Nextdoor nor KVSB gives any assurance that either Nextdoor or KVSB will achieve its expectations.

**Additional Information and Where to Find It / Non-Solicitation**

In connection with the proposed transaction, KVSB intends to file a proxy statement with the U.S. Securities and Exchange Commission ("**SEC**"). The proxy statement will be sent to the stockholders of KVSB. KVSB and Nextdoor also will file other documents regarding the proposed transaction with the SEC. Before making any voting decision, investors and security holders of KVSB are urged to read the proxy statement and all other relevant documents filed or that will be filed with the SEC in connection with the proposed transaction as they become available because they will contain important information about the proposed transaction. Investors and security holders will be able to obtain free copies of the proxy statement and all other relevant documents filed or that will be filed with the SEC by KVSB and Nextdoor through the website maintained by the SEC at www.sec.gov.

**Participants in Solicitation**

KVSB and Nextdoor and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies from KVSB's stockholders in connection with the proposed transaction. Information about KVSB's directors and executive officers and their ownership of KVSB's securities is set forth in KVSB's filings with the SEC. To the extent that holdings of KVSB's securities have changed since the amounts printed in KVSB's Registration Statement on Form S-1, such changes have been or will be reflected on Statements of Change in Ownership on Form 4 filed with the SEC. A list of the names of such directors and executive officers and information regarding their interests in the business combination will be contained in the proxy statement/prospectus when available. You may obtain free copies of these documents as described in the preceding paragraph.