# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC,

Defendants.

Case No. 5:24-cv-01213-EJD

**PROPOSED ORDER ON KHOSLA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Date:        March 20, 2025
Time:        9:00 a.m.
Courtroom:   4
Judge:       Hon. Edward J. Davila

Before the Court is Defendants Vinod Khosla, Samir Kaul, Peter Buckland, Khosla Ventures SPAC Sponsor II, LLC, and Khosla Ventures, LLC (collectively, the "Khosla Defendants") Request for Incorporation by Reference and Judicial Notice in Support of the Khosla Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint ("Amended Complaint") dated November 12, 2024.

The Court, having considered the Request for Judicial Notice, will consider Khosla Defendants' Exhibits A through F attached to the Declaration of Colleen C. Smith because they are incorporated by reference into the Amended Complaint and/or are subject to judicial notice.

The Court HEREBY ORDERS that Khosla Defendants' Defendants' Request for Judicial Notice is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2025.

_____
The Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER ON KHOSLA DEFENDANTS' RJN
CASE NO. 5:24-CV-01213-EJD