**POMERANTZ LLP**
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
avan@pomlaw.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated, | CASE NO.  5:24-cv-01213-EJD |
| Plaintiff, | **DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT** |
| v. | |
| NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC | |
| Defendants. | |

I, Austin P. Van, hereby declare as follows:

1. I am a Partner in the firm of Pomerantz LLP, and Lead Counsel for Lead Plaintiff Keith Hollingsworth in the above-captioned action. I make this declaration based on my personal knowledge.

2. Pursuant to Civil Local Rules 7-3 and 7-5, I submit this declaration in support of Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of Nextdoor Holding's historical stock prices from May 10, 2022 through June 1, 2022. These prices can also be found on yahoo.finance.com.

4. Attached as **Exhibit 2** is a true and correct copy of Nextdoor Holding's historical stock prices from November 8, 2022 through February 6, 2023. These prices can also be found on yahoo.finance.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January 2025, in New York, New York.

Dated: January 14, 2025                POMERANTZ LLP

By /s/ *Austin P. Van*
Austin P. Van

1