*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| 1[2] | ¶110 | **Speaker:** Nextdoor Private<br><br>**Date:** July 6, 2021<br><br>**Occasion:** July 2021 Investor Presentation (Exhibit 3) | | Khosla Defendants[3] | • Falsity<br>• *Janus* (as to Khosla Defendants)<br>• Scienter<br>• Loss Causation<br>• Standing |

[1] Plaintiff's Opposition withdraws a number of statements, concedes standing issues with respect to others, and has withdrawn his Section 14 claim entirely.  (Opp. at 3.)  For the Court's convenience, Defendants have updated the Appendix filed with their Motion to Dismiss to reflect the statements, arguments, and defendants that are still at issue.

[2] Plaintiff no longer challenges the portion of ¶ 110 challenging the statement that Nextdoor Private's growth was "sustainable" and had a "[s]trong foundation for continued revenue growth."

[3] Plaintiff's Opposition concedes that he does not have standing to pursue pre-merger statements against Nextdoor and its executives.  (Opp. at 3.)

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | | | | |
| 2 | ¶112 | **Speaker:** Doyle<br><br>**Date:** July 6, 2021<br><br>**Occasion:** Investor Conference Call (Exhibit 11) | Doyle: "*We have a growing base of engaged and monetized users. We have more than 60 million verified neighbors on the platform*. To illustrate the composition of that member base, we have almost 15% of our members coming from markets outside the U.S. We're really excited at the level of organic growth that we're able to achieve. We had 68% of our members come to the platform organically in 2020. This is due to the strength of the brand, word-of-mouth and a great deal of earned media that we bring behind the purpose and the mission of Nextdoor.<br><br>With this tremendous growth in verified members on the platform, we have the opportunity to really drive engagement. And that's something that we saw | None | *Withdrawn by Plaintiff.* |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | | demonstrated in 2020 and is ***sustained in 2021 as well, where we had deepening engagement across all cohorts of users.*** We were able to increase the frequency of sessions of active users on the platform and also the depth of sessions, the amount of content that users consume and also create, which set us up for driving monetization opportunities with our advertisers, creating a larger, unique audience that's more engaged, that's generating more supply that allows us to do creative things and achieve the campaign objectives of the advertisers and businesses on the platform." | | |
| 3 | ¶114 | **Speaker:** Friar<br><br>**Date:** July 6, 2021<br><br>**Occasion:** July 2021 Investor Conference Call (Exhibit 11) | Friar: "Let me pause for a moment on this chart because this chart is really showing how we're just getting started. Nextdoor as a platform has just begun its monetization journey. In fact, when I joined about 2.5 years ago, we had just begun to tap into advertising. Today, ***if you look at our scale, we're about 1/3 the size of Twitter. And yet, if you look at our ARPU, we're at about 1/6 the ARPU. Of course, there is no structural reason why Nextdoor should undermonetize.*** In fact, if you think about either the video where you saw the wonderful California-based restaurant that was getting recommendations from us or if you think about what Vinod said about the value of a link on Nextdoor, I could perhaps posit that ***Nextdoor should, in fact, overmonetize relative to those platforms***. So this tells me ***we're just getting started***. And even with that top-of-the-funnel growth of new users, we should be able to drive healthy revenue growth as we scale our ARPU. So let's talk about growth, and let's talk about new ways to bring new customers on the platform and, of course, ways to engage those neighbors, those customers as we bring them to the platform. So most social networks begin by planting a flag on their -- on the graph that they're going to own. In Nextdoor's case, that graph is local. It's the | Khosla Defendants[4] | • Falsity<br>• *Janus* (as to Khosla Defendants)<br>• Scienter<br>• Loss Causation<br>• Standing |

[4] Plaintiff's Opposition concedes that he does not have standing to pursue pre-merger statements against Nextdoor and its executives.  (Opp. at 3.)

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | | neighborhood, and we own it. From there, they typically grow by having people invite others to the platform, right? And in true network effect business, my network gets more valuable to me the more people I bring to that network. Similarly, these platforms grow through sharing of content. And then finally, they grow through word of mouth." | | |
| 4 | ¶116 | **Speaker:** Doyle **Date:** July 6, 2021, **Occasion:** July 2021 Investor Conference Call (Exhibit 11) | Doyle: "With this tremendous growth in verified members on the platform, we have the opportunity to really drive engagement. And that's something that we saw demonstrated in 2020 and is sustained in 2021 as well, where we had deepening engagement across all cohorts of users. We were able to increase the frequency of sessions of active users on the platform and also the depth of sessions, the amount of content that users consume and also create, which set us up for driving monetization opportunities with our advertisers, creating a larger, unique audience that's more engaged, that's generating more supply that allows us to do creative things and achieve the campaign objectives of the advertisers and businesses on the platform. <u>The tailwind of product-driven growth and increased engagement and the monetization opportunities that I've described give us great confidence in our ability to achieve revenue growth rates year-on-year of more than 40%, here shown through 2022, driving us to almost $250 million of revenue. And we believe these are levels that can be sustained into the future.</u> **We're pleased to be seeing an acceleration in ARPU growth rates really driven by 3 different levers. The first is on deepening engagement, so driving a greater number of sessions per active user, as well as deepening each session in the form of greater consumption of and creation of content. The second is on ad delivery, so this is really on the optimization of the supply we have on the platform,** driving fill rates higher, having | None | *Withdrawn by Plaintiff.* |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | | better targeting, driving performance and ultimately CPMs, higher yield on the platform, **as well as owning the relationships with the advertisers directly**. And then the third lever is on sources of revenue that are not directly tied to the growth of impressions. For us, this is things like new ad services, like our maps product as well as local sponsorships and local deals.<br><br>We talked a lot about the focus on revenue. **And for us, those drivers of ARPU that I just walked through give us great confidence in our ability to achieve greater than 40% year-on-year revenue growth in the next several years**. We also want to talk about the investment we're making in the business. We're very much in investment mode, knowing there's a huge opportunity in front of us. An investment for us is really in product and growing the team. We have around 550 employees in the business. The majority of those focused on product development and engineering. And that is where our focus will remain and really driving the product forward and bringing more benefit to the entire ecosystem." | | |
| 5 | ¶118 | **Speaker:** Khosla<br><br>**Date:** July 6, 2021<br><br>**Occasion:** CNBC "Squawk on the Street" interview | Reporter: "Vinod, it's David I'm looking here, obviously, at some of the growth projections. You only go out to 2022, at least in the slides I'm looking at, but it appears that growth <u>sort of peaked in 2020/'21 in terms of the revenue number maybe in part because of the pandemic.</u> I wonder, 40% growth is still a great number for '22, but average revenue per user is seen declining pretty significantly in terms of the growth rate. <u>Is that a concern for you as you try to sell the deal to your spac shareholders?</u>"<br><br>Khosla: "<u>it isn't a concern for me we see accelerating growth</u> i'll let maybe Sarah take that." | None | *Withdrawn by Plaintiff.* |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | transcript filed with Form 425 (Exhibit 12) | | | |
| 6 | ¶120 | **Speaker:** Friar<br><br>**Date:** July 6, 2021<br><br>**Occasion:** "Chedder News" Interview transcript filed with Form 425 (Exhibit 13) | Interviewer: "So i don't know if you notice there says one out of 3 households in the u.s. use nextdoor it's fairly big what are you planning to try to grow that worldwide on a global scale."<br><br>Friar: "yes so today we're in 11 countries. <u>what we see in the u.s. is nextdoor is truly network business. the more people that join the platform, the richer the content. more engaged members are and so growth begets growth. so we know first of all there's just still quite a runway in the u.s. as i say everyone is a neighbor i would like that to be all households.</u> outside the u.s. we're beginning to build in many countries. uk where in one in 6 households. we know to bring that up to use only one in 3. canada is our youngest country and our fastest growing it's been incredible to see canadian neighbors using the platform to particularly right now as they they look for vaccines. and of course we want to take this global next door should be a global platform. we know we resonate around the world and so it's really more of when not an if we take the whole platform to a global stage." | None | ***Withdrawn by Plaintiff.*** |
| 7 | ¶122 | **Speaker:** Friar<br><br>**Date:** September 20, 2021<br><br>**Occasion:** | Friar: "<u>Between the second quarter of 2018 and the second quarter of 2021, **_our most recently reported quarter, we grew weekly active users by 123%._** Our growth in WAU has been driven by our value proposition, a compelling combination of utility and community, and our product innovations and launches that have led to both increased engagement from our neighbors and top-of-the-funnel growth. Our extraordinary growth and engagement in the second quarter of 2020 was accelerated by the pandemic, when neighbors</u> | None | ***Withdrawn by Plaintiff.*** |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | September 2021 Investor Day Call (Exhibit 14) | found real value in Nextdoor. ***We are very pleased with our sustained growth in WAU since that time***, which now exceeds 29 million." | | |
| 8 | ¶124 | **Speaker:** Friar<br><br>**Date:** September 20, 2021<br><br>**Occasion:** September 2021 Investor Day Call (Exhibit 14) | Friar: "As a reminder, we are just getting started when it comes to ARPU. This slide for us really highlights that runway. If we look at Twitter, for example, we're about 1/3 of their size, but only 1/6 the ARPU. And there's no structural reason why we should under monetize. In fact, if you think about our unique value proposition that Heidi walked you through, things like our unique and incremental audience, high-intent, engaged, repeat customers and their desire to spend locally, <u>one could even make the case that we should exceed the monetization level of our peers.</u>" | None | ***Withdrawn by Plaintiff.*** |
| 9 | ¶126 | **Speaker:** Doyle<br><br>**Date:** September 20, 2021<br><br>**Occasion:** September 2021 | Doyle: "Fifth, we have 2 major opportunities in engaging neighbors and businesses on the platform. <u>Our total addressable market is both large and under penetrated. Everyone is a neighbor. We believe our near-term opportunity is to grow to more than 200 million households and the long-term opportunity is to grow to over 300 million. And this is just in our existing markets. We will continue to expand in new markets as well.</u>" | None | ***Withdrawn by Plaintiff.*** |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | Investor Day Call (Exhibit 14) | | | |
| 10 | ¶128 | **Speaker:** Khosla Ventures Acquisition Co. II/Nextdoor Private[5] <br><br> **Date:** October 21, 2021 <br><br> **Occasion:** October 2021 Merger Proxy Statement (Exhibit 1) | "Our need to be connected to neighbors was amplified during the pandemic—and that need is real and lasting. For the three months ended June 30, 2021, neighbors who engaged with Nextdoor daily posted 2.1 times more often than in the same prior year period. As the world reopens, consumer behavior is changed for good, with an increased focus on local." | None | *Withdrawn by Plaintiff.* |

[5] The Complaint alleges that "Nextdoor filed the October 2021 Proxy." (Compl. ¶ 128). The Proxy was filed by Khosla Ventures Acquisition Co. II. (Ex. 1).

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| 11 | ¶130 | **Speaker:** Khosla Ventures Acquisition Co. II/Nextdoor Private<br><br>**Date:** October 21, 2021<br><br>**Occasion:** October 2021 Merger Proxy Statement (Exhibit 1) | "**Large and growing total addressable market**<br><br>On Nextdoor, large brands, small and mid-sized businesses, and public agencies benefit from our hyperlocal targeting to provide relevant information to people in their neighborhoods. Our customers enjoy instant access to our large base of engaged neighbors that can be harder to find on other platforms. Many of our neighbors come to Nextdoor to access local information and get things done in their neighborhoods, and brands on Nextdoor are able to provide applicable information at the time that they are ready to act. Increase monetization on our platform. We are <u>still in the early stages of monetization on our platform and believe there are many vectors for sustained revenue growth</u>." | None | *Withdrawn by Plaintiff.* |
| 12 | ¶132 | **Speaker:** Friar<br><br>**Date:** May 10, 2022,<br><br>**Occasion:** May 2022 | Friar: "<u>Our community is active and becoming increasingly active. Our product strategy in 2022 is centered on strengthening engagement through</u> **<u>building an active valued community. It's working. In Q1, over 50% of neighbors were weekly active and over half of weekly active users were active daily</u>,** <u>highlighting that as we move neighbors from onboarding to monthly to weekly, they have a high propensity to make Nextdoor a daily use case</u>." | All | • Falsity<br>• *Janus* (as to Khosla Defendants)<br>• Scienter<br>• Loss Causation |

*Franki J. Adamo v. Nextdoor Holdings, Inc., et al.*, No. 5:24-cv-01213-EJD (N.D. Cal)

**UPDATED APPENDIX**
**Summary of Challenged Statements**

| Stat. #(s) | ACC ¶ | Speaker, Date, and Occasion | Alleged False and Misleading Statements[1] | Alleged Defendants | Reason for Dismissal |
|---|---|---|---|---|---|
| | | Conference Call (Exhibit 15) | | | |
| 13 | ¶134 | **Speaker:** Friar <br><br> **Date:** August 9, 2022 <br><br> **Occasion:** August 2022 Conference Call (Exhibit 16) | Friar: "Weekly active users, or WAU, grew 26% year-over-year to approximately 37 million. ***We're seeing durable engagement trends amongst our most active users***. In Q2, over 50% of weekly active users were active daily. Across all regions, growth in total sessions accelerated 10 points quarter-over-quarter. ***These trends show that our focus on engagement through the introduction of new machine learning models for increased personalization, more engaging notification, a simplified user experience and welcoming platform initiatives is working***." | All | • Falsity <br> • *Janus* (as to Khosla Defendants) <br> • Scienter <br> • Loss Causation <br> • Standing |