## Appendix A[2]

| Prior Exhibit No. | Exhibit No. | Description | Basis | ¶¶ |
|---|---|---|---|---|
| 1 | 1 | KVSB Proxy Statement on Form 424(b)(3) filed with the SEC on October 21, 2021. | IBR; JN | 48 |
| 2 | 2 | Nextdoor Holdings, Inc. Form 10-K for the year ended December 31, 2021 filed with the SEC on March 15, 2022. | IBR; JN | 50 |
| 3 | 3 | KVSB Form 8-K filed with the SEC on July 6, 2021 that included the July 6, 2021 press release, July 6, 2021 investor presentation, and disclosure of risk factors. | IBR; JN | 23, 28, 34, 41 |
| 4 | 4 | Nextdoor Holdings, Inc. Form 10-Q for the first quarter ended March 31, 2021 filed with the SEC on May 10, 2022. | IBR; JN | 51 |
| 5 | 5 | Nextdoor Holdings, Inc. Form 10-Q for the second quarter ended June 30, 2022 filed with the SEC on August 9, 2022. | IBR; JN | 62, 81 |
| 6 | 6 | Nextdoor Holdings, Inc. Form 10-Q for the third quarter ended September 30, 2022 filed with the SEC on November 8, 2022. | IBR; JN | 64, 83 |
| - | 7 | Nextdoor Holdings, Inc. Form 8-K filed with the SEC on September 20, 2021 that included the September 20, 2021investor presentation. | IBR, JN | 37, 44 |
| - | 8 | Nextdoor Holdings, Inc. publicly available investor presentation dated July 2, 2022. | JN | - |
| - | 9 | Nextdoor Holdings, Inc. publicly available investor presentation dated September 13, 2022. | JN | - |
| 8 | 10 | Nextdoor Holdings, Inc. Form 8-K filed on May 10, 2022. | JN | - |
| 15 | 11 | Transcript from May 10, 2022 earnings call. | IBR; JN | 16, 41, 66 |
| 20 | 12 | Morgan Stanley May 11, 2022 Analyst Report. | JN | - |
| - | 13 | Evercore ISI May 11, 2022 Analyst Report. | JN | - |
| - | 14 | Truist May 11, 2022 Analyst Report. | JN | - |

[2] Attached to the Johnson Declaration are true and correct copies of each exhibit, highlighted for the Court's convenience.  Some are excerpted.  All references to "¶" refer to the SAC. "Basis" refers to the reason the document should be considered by the Court: either through incorporation by reference ("IBR") or judicial notice ("JN").

| Prior Exhibit No. | Exhibit No. | Description | Basis | ¶¶ |
|---|---|---|---|---|
| 9 | 15 | Nextdoor Holdings, Inc. Form 8-K filed on August 9, 2022. | JN | - |
| 26 | 16 | A chart showing Nextdoor Holdings, Inc.'s stock price from November 9, 2021 to November 10, 2022, published by Yahoo Finance as of November 5, 2024. | IBR; JN | 63, 65, 81, 82 |
| 21 | 17 | Truist August 9, 2022 Analyst Report. | JN | - |
| 22 | 18 | Morgan Stanley August 10, 2022 Analyst Report. | JN | - |
| 23 | 19 | Evercore ISI August 9, 2022 Analyst Report. | JN | - |
| 10 | 20 | Nextdoor Holdings, Inc. Form 8-K filed on November 8, 2022. | JN | - |
| 24 | 21 | Morgan Stanley November 9, 2022 Analyst Report. | JN | - |
| 25 | 22 | Truist November 9, 2022 Analyst Report. | JN | - |
| 27 | 23 | Form 4 Statements of Changes in Beneficial Ownership for Sarah Friar and Michael Doyle reporting transactions reflecting stock option exercises from July 6, 2021 through November 8, 2022, filed with the SEC. | JN | - |