COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ANDREW C. JOHNSON (322069)
(acjohnson@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
Nextdoor Holdings, Inc. and Sarah J. Friar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTDOOR HOLDINGS, INC., and SARAH J. FRIAR, <br><br> Defendants. | Case No. 5:24-cv-01213-EJD <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Date:          October 30, 2025 <br> Time:          9:00 AM <br> Courtroom:   4 <br> Judge:         Hon. Edward J. Davila |

COOLEY LLP
ATTORNEYS AT LAW

## [PROPOSED] ORDER

Having considered Defendants Nextdoor Holdings, Inc. and Sarah J. Friar (collectively, "Nextdoor Defendants") Request for Judicial Notice in Support of their Motion to Dismiss Plaintiff's Second Amended Class Action Complaint ("Request for Judicial Notice"), the arguments of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court **GRANTS** the Nextdoor Defendants' Request for Judicial Notice, and concludes that Exhibits 1 through 23 of the Declaration of Andrew C. Johnson are subject to judicial notice.

Dated: _____    _____

Honorable Edward J. Davila

COOLEY LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
CASE NO. 5:24-CV-01213-EJD