**POMERANTZ LLP**
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
avan@pomlaw.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| FRANKIE J. ADAMO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTDOOR HOLDINGS, INC., SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, KHOSLA VENTURES LLC, and KHOSLA VENTURES SPAC SPONSOR II LLC<br><br>Defendants. | CASE NO.  5:24-cv-01213-EJD<br><br>**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Austin P. Van, hereby declare as follows:

1.      I am a Partner in the firm of Pomerantz LLP, and Lead Counsel for Lead Plaintiff Keith Hollingsworth in the above-captioned action.  I make this declaration based on my personal knowledge.

2.      Pursuant to Civil Local Rules 7-3 and 7-5, I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

3.      Attached as **Exhibit A** is a true and correct copy of Nextdoor Holding's 2021 Investor Day presentation dated September 20, 2021.  The presentation is publicly available at investors.nextdoor.com.

4.      Attached as **Exhibit B** is a true and correct copy of Nextdoor Holding's historical stock prices from August 9, 2022 through September 15, 2025.  These prices can also be found on yahoo.finance.com.

5.      Attached as **Exhibit C** is a true and correct copy of Nextdoor Holding's historical stock prices from November 8, 2022 through February 6, 2023.  These prices can also be found on yahoo.finance.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September 2025, in New York, New York.

Dated:  September 15, 2025                POMERANTZ LLP

                                                                  By  /s/ *Austin P. Van*
                                                                        Austin P. Van

1