# Exhibit A



September 2021

# *Disclaimer*

This Presentation (together with oral statements made in connection herewith, the "Presentation") relates to the proposed business combination (the "Business Combination") between Khosla Ventures Acquisition Co. II ("Khosla") and Nextdoor, Inc. ("Nextdoor"). This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

The information contained herein does not purport to be all-inclusive and none of Khosla or Nextdoor nor any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents make any representation or warranty, express or implied, as to the accuracy, completeness or reliability of the information contained in this Presentation. You should consult with your own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this Presentation, you confirm that you are not relying solely upon the information contained herein to make any investment decision. The recipient shall not rely upon any statement, representation or warranty made by any other person, firm or corporation in making its investment decision to subscribe for securities of Khosla in connection with the Business Combination. To the fullest extent permitted by law, in no circumstances will Khosla, Nextdoor or any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Khosla, Nextdoor or the Business Combination. The general explanations included in this Presentation cannot address, and are not intended to address, your specific investment objectives, financial situations or financial needs.

**Forward-Looking Statements**

Certain statements in this Presentation may be considered "forward-looking statements" within the meaning of the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995 with respect to the Business Combination. Forward-looking statements herein generally relate to future events or the future financial or operating performance of Khosla, Nextdoor or the combined company expected to result from the Business Combination (the "Combined Company"). For example, projections of future financial performance of Nextdoor and the Combined Company, the Combined Company's business plan, other projections concerning key performance metrics, the proceeds of the Business Combination and the Combined Company's expected cash runway, the listing of the Combined Company's common stock on the NYSE under the ticker "KIND", and the potential effects of the Business Combination on Khosla and the Combined Company, are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as " may,"" should,"" expect,"" intend,"" will," "estimate,"" anticipate,"" believe,"" predict," "project," "target," "plan," or "potentially" or the negatives of these terms or variations of them or similar terminology. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks, uncertainties, and other factors which could cause actual results to differ materially from those expressed or implied by such forward-looking statements.

These forward-looking statements are based upon estimates and assumptions that, while considered reasonable by Khosla, Nextdoor and its management, as the case may be, are inherently uncertain and subject to material change. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risk and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, various factors beyond management's control, including general economic conditions and other risks, uncertainties and factors set forth in the section entitled "Risk Factors" and "Cautionary Note Regarding Forward-Looking Statements" in Khosla's final prospectus relating to its initial public offering, dated March 23, 2021, the registration statement on S-4 relating to the business combination, and other filings with the Securities and Exchange Commission ("SEC"), as well as factors associated with companies, such as Nextdoor, including anticipated trends, growth rates, and challenges in those businesses and in the markets in which they operate. Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein.

Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein and the risk factors of Khosla and Nextdoor described above. Neither Khosla nor Nextdoor undertakes any duty to update these forward-looking statements.

**Use of Projections**

This Presentation contains projected financial information with respect to Nextdoor. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as being predictive of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in such prospective financial information, including without limitation, assumptions regarding Khosla's and Nextdoor's ability to consummate the Business Combination, the failure of which to materialize could cause actual results to differ materially from those contained in the prospective financial information. Khosla and Nextdoor caution that their assumptions may not materialize and that current economic conditions render such assumptions, although believed reasonable at the time they were made, subject to greater uncertainty. See the section above titled "Forward-Looking Statements". The inclusion of financial forecast information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved. Neither Khosla's nor Nextdoor's independent auditors have audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this Presentation or any other purpose, and accordingly, none of such independent auditors has expressed any opinion or provided any other form of assurance with respect to such projections.

**Financial Information and Use of Non-GAAP Financial Measures**

The financial information contained in this Presentation has been taken from or prepared based on the historical financial statements of Nextdoor for the periods presented. An audit of certain of these financial statements was completed and included in the registration statement on Form S-4 filed with the SEC by Khosla in connection with the Business Combination, however, no historical financial information contained herein has been audited, reviewed, compiled or been subject to any procedures by any auditors and actual historical financial information could differ materially from the information contained herein.

# *Disclaimer*

This presentation includes certain non-GAAP financial measures (including on a forward-looking basis). These non-GAAP measures are an addition, and not a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to their nearest GAAP equivalent or any other performance measures derived in accordance with GAAP. A reconciliation of the non-GAAP financial measures used in this Presentation to their nearest GAAP equivalent is included in the appendix to this Presentation. Nextdoor believes that these non-GAAP measures of financial results (including on a forward-looking basis) provide useful supplemental information to investors about Nextdoor. Nextdoor's management uses forward-looking non-GAAP measures to evaluate Nextdoor's projected financials and operating performance. However, there are a number of limitations related to the use of these non-GAAP measures and their nearest GAAP equivalents, including that they exclude significant expenses that are required by GAAP to be recorded in Nextdoor's financial measures. In addition, other companies may calculate non-GAAP measures differently, or may use other measures to calculate their financial performance, and therefore, Nextdoor's non-GAAP measures may not be directly comparable to similarly titled measures of other companies. Additionally, to the extent that forward-looking non-GAAP financial measures are provided, they are presented on a non-GAAP basis without reconciliations of such forward-looking non-GAAP measures due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliations.

**Additional Information**

In connection with the proposed Business Combination, Khosla has filed with the SEC a registration statement on Form S-4 containing a preliminary proxy statement/prospectus of Khosla and consent solicitation statement of Nextdoor. The registration statement is not yet effective. After the registration statement is declared effective, Khosla and Nextdoor will mail a definitive proxy statement/prospectus/consent solicitation statement relating to the proposed Business Combination to their respective stockholders. This Presentation does not contain any information that should be considered by Khosla's or Nextdoor's stockholders and other interested persons concerning the proposed Business Combination and is not intended to constitute the basis of any voting or investment decision in respect of the Business Combination or the securities of Khosla. Khosla's and Nextdoor's stockholders and other interested persons are advised to read the preliminary proxy statement/prospectus/consent solicitation statement and the amendments thereto and the definitive proxy statement/prospectus/consent solicitation statement and other documents filed in connection with the proposed Business Combination, as these materials will contain important information about Khosla, Nextdoor and the Business Combination. When available, the definitive proxy statement/prospectus/consent solicitation statement and other relevant materials for the proposed Business Combination will be mailed to stockholders of Khosla and Nextdoor as of a record date to be established for voting on the proposed Business Combination. Stockholders will also be able to obtain copies of the preliminary proxy statement/prospectus/consent solicitation statement, the definitive proxy statement/ prospectus/consent solicitation statement and other documents filed with the SEC, without charge, once available, at the SEC's website at www.sec.gov, or by directing a request to: Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025.

**Participants in the Solicitation**

Khosla, Nextdoor and their respective directors and executive officers may be deemed participants in the solicitation of proxies from Khosla's stockholders with respect to the proposed Business Combination. A list of the names of Khosla's directors and executive officers and a description of their interests in Khosla is contained in Khosla's registration statement on Form S-4, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025. To the extent that holdings of Khosla's securities have changed since the amounts printed in Khosla's registration statement on Form S-4, such changes have been or will be reflected on Statements of Change in Ownership on Form 4 filed with the SEC.

A list of the names of Nextdoor's directors and executive officers and a description of their interests in the proposed Business Combination is contained in Khosla's registration statement on Form S-4, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025.

You may obtain free copies of these documents as described in the preceding paragraphs.

**No Offer or Solicitation**

This Presentation shall not constitute a "solicitation" as defined in Section 14 of the Securities Exchange Act of 1934, as amended. This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No public offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act, or an exemption therefrom. Neither Nextdoor nor Khosla is making an offer of the Securities in any state or jurisdiction where the offer is not permitted. NEITHER THE SEC NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THE SECURITIES OR DETERMINED IF THIS PRESENTATION IS TRUTHFUL OR COMPLETE.

**Industry and Market Data**

Certain information contained in this Presentation relates to or is based on studies, publications, surveys and Nextdoor's own internal estimates and research. In addition, all of the market data included in this Presentation involves a number of assumptions and limitations, and there can be no guarantee as to the accuracy or reliability of such assumptions. Finally, while Nextdoor believes its internal research is reliable, such research has not been verified by any independent source and none of Nextdoor, nor any of its affiliates nor any of its control persons, officers, directors, employees or representatives make any representation or warranty with respect to the accuracy of such information.

**Trademarks**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM © or ® symbols, but Khosla and Nextdoor will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

**No Relationship or Joint Venture**

Nothing contained in this Presentation will be deemed or construed to create the relationship of partnership, association, principal and agent or joint venture. This Presentation does not create any obligation on the part of either Nextdoor, Khosla or the recipient to enter into any further agreement or arrangement. Unless and until a definitive agreement has been fully executed and delivered, no contract or agreement providing for a transaction will be deemed to exist and none of Khosla, Nextdoor or the recipient will be under any legal obligation of any kind whatsoever. Accordingly, this Presentation is not intended to create for any party a right of specific performance or a right to seek any payment or damages for failure, for any reason, to complete the proposed transactions contemplated herein.

# Agenda

| | | | |
|---|---|---|---|
| **Opening Remarks** | **Sarah Friar,** *Chief Executive Officer* | **Founder's Story + Community & Moderation** | **Prakash Janakiraman,** *Co-Founder, Chief Architect* |
| **Our Product** | **Kiran Prasad,** *Head of Product* | **Our Brand** | **Maryam Banikarim,** *Head of Marketing* |
| **Revenue** | **Heidi Andersen,** *Head of Revenue* | **Financials** | **Mike Doyle,** *Chief Financial Officer* |
| **Break** | **10 Minute** | **Break** | **10 Minute** |
| **Board Member Conversation** | **Sarah Friar & Bill Gurley,** *Board of Directors* | **Q&A Panel** | **Hosted by Matt Anderson Participants: Sarah Friar, Mike Doyle, Kiran Prasad, Heidi Andersen** |



Chief Executive Officer
Sarah Friar

# *Nextdoor was started with a spark...*



"

*We have become increasingly disconnected from family, friends, neighbors, and social structures,... a serious threat to our civic and personal health."*

# *...and the data strengthened our founders' beliefs in Nextdoor's why*



JUNE 18, 2010

## Do You Know Your Neighbors?

BY RUSSELL HEIMLICH

Fewer than half of American adults know most or all of their neighbors. When survey respondents were asked if they knew the names of the neighbors who live close to them, 19% of adults said they knew all of their neighbors. Another 24% said they knew most of their neighbors. This left the majority of American adults knowing only some (29%) or none (28%) of their neighbors by name. These numbers are little changed from the last time the question was asked in July 2008. Previous research by the Pew Internet & American Life Project has shown no correlation between internet use and contact with neighbors. In fact, Americans who go online daily are more likely than non-internet users to know some of their neighbors by name. Read More



*29% of Americans know very few of their neighbors, and 28% of Americans said that they didn't know a single neighbor by name."*

*-  2010 PEW Research Study*



*Connecting neighborhoods one neighbor at a time*



# Strong competitive moat with viral growth loops built in



# *Neighbors are key to our well being*



**Where friendships are made**

| | |
|---|---|
| Neighborhood | 35.8% |
| Work | 25.1 |
| Through friends | 8.2 |
| Club/association/group | 7.9 |
| Through family | 6.8 |
| School | 5.6 |
| Online | 5.1 |
| Some other way | 5.5 |

Source: Hall, J. A. (2019). How many hours does it take to make a friend? Journal of Social and Personal Relationships.



*Loneliness has a reduction of life span …similar to smoking 15 cigarettes a day"(1)*

Vivek Murthy

**And knowing just 6 neighbors reduces the risk of loneliness(2)**

(1) Harvard Business Review, Work and the Loneliness Epidemic - Reducing isolation at work is good for business. September 26, 2017, Vivek Murthy (2) Nextdoor Global Loneliness Study.

# *And we're seeing a structural shift towards local*



**73%** say neighbors are one of the most important communities in their lives[1]



**80%** expect to work from home at least 3x per week[2]



**75%** plan to shop more locally[3]

Sources: (1) Open Mind Strategy 2020, (2) Owl Labs October, 2020, (3) Brightpearl, 2021.

# *Nextdoor is THE neighborhood network*



**~1 *in* 3**

**U.S. Households**



**63M+**

**Verified Neighbors**



**29M+**

**Weekly Active Neighbors (WAUs)**

U.S. household and global Verified Neighbor data as of 6/30/21.
Global WAUs reflect the average for the quarter ended 6/30/21.

# *Established product-market fit: Enduring neighbor retention...*



**After two years >50% of our audience remains engaged**

Monthly active users (MAU) defined as count of unique neighbors who have started a session or opened a content email over the trailing 30 days. 3 month MAU is defined as active in the 30 days preceding day 90, 6 month is active in the 30 days preceding day 180, 12 month is active in the 30 days preceding day 360, and 24 month is active in the 30 days preceding day 720. 3-month data based on users who joined in 2021; 6- and 12-month data based on users who joined in 2020; 24-month data based on users who joined in 2019.

# *...Combined with strong network effects...*



**Our path to engagement growth is proven**

**2.3x increase in weekly engagement as more neighbors join**

Percentage of Neighbors  Active Weekly reflects U.S. WAUs divided by All time Verified Neighbors.. Data as of 3/31/21.

# *Increasing penetration globally, with top neighborhoods exceeding 60% daily engagement*

■ **Neighborhoods with top-quartile (>65%) penetration**

■ **Top 10 engaged neighborhoods (>60% daily engagement)**



Data as of 3/31/21.

# Investment thesis

**Network effects with online & offline connection is unique**

**Each social link is highly valuable because most commerce is local**

**Robust current digital advertising market, future new revenue models**

**Many vectors for sustained revenue growth**

**High barrier to entry: network difficult & time consuming to build**

**Only digital neighborhood network: purpose-driven & authentic**

**Proven team: set up for acceleration & execution**

# *Diversity distribution: board directors & advisors*



**Women**



**People of Color**

# Experienced management team



### Heidi Andersen
Head of Revenue

 



### Maryam Banikarim
Head of Marketing





### Mike Doyle
Chief Financial Officer

  



### Sarah Friar
Chief Executive Officer





### Prakash Janakiraman
Co-Founder, Chief Architect

 



### Craig Lisowski
Head of Data, Information, Systems and Trust

 



### John Orta
Chief Legal Officer & Head of Corp Dev

 



### Bryan Power
Head of People

 



### Kiran Prasad
Head of Product





### Antonio Silveira
Head of Engineering

 

# *Seasoned Board of Directors*



### John Hope Bryant
Entrepreneur, founder, chairman, CEO, author, activist



### Sarah Friar
Chief Executive Officer



### Bill Gurley
Benchmark



### Leslie Kilgore
Former Netflix CMO



### Mary Meeker
Bond



### Jason Pressman
Shasta Ventures



### David Sze
Greylock Capital



### Nirav Tolia
Co-Founder



### Chris Varelas
Riverwood Capital



### Andrea Wishom
President, Skywalker Holdings



*Head of Product*
**Kiran Prasad**

# *Connecting neighborhoods*

## Neighbors & Organizations

**Businesses:** SMBs and large brands

**Public services:** public agencies, non profits

**Other:** HOAs, churches, schools



Abraham
Kingstowne Thompson
Center, VA, USA

Stefan
Norra Angby,
Stockholm, Sweden



Ana
Paseo del Prado,
Madrid, Spain



Shawn
12 South
Nashville, TN, USA





Dawn
Grant Park,
GA, USA



Delene
Berwick,
Melbourne, AU



Noel
Etobicoke, Ontario,
Canada



Cecile
San Mateo-Santa
Cruz, CA, USA

*Our strategy*

*Enable neighbors and organizations to build an* **active** **valued** **community**









*Neighbors want to stay up to date with what's happening*

# Neighbors are looking for resources (and pets)



# Neighbors want to discover nearby events and activities



# Neighbors want to connect with others who share their interests





# Focusing on value that leads to growth

**Legend:**
- Neighbor focus
- Business focus
- Country launch

## 2011–2015
- Newsfeed (Neighbor focus)
- Maps (Neighbor focus)
- Recommendations (Neighbor focus)
- Nearby Neighborhoods (Neighbor focus)
- Public Agency Pages (Business focus)

## 2016
- Polls (Business focus)
- UK, Netherlands (Country launch)

## 2017
- Neighborhood Favorites (Neighbor focus)
- Neighborhood Sponsorships (Business focus)
- Sponsored Posts (Business focus)
- Germany (Country launch)

## 2018
- Interests (Neighbor focus)
- For Sale & Free (Neighbor focus)
- Digest (Neighbor focus)
- France, Italy, Spain, Australia (Country launch)

## 2019
- Kindness Reminder (Neighbor focus)
- Verification Platform (Neighbor focus)
- Lead Gen Ads (Business focus)
- Sponsored Maps (Business focus)
- Local Deals (Business focus)
- Sweden, Denmark, Canada (Country launch)

## 2020
- Groups (Neighbor focus)
- Help Map (Neighbor focus)
- Community Reviewers (Neighbor focus)
- Good Neighbor Pledge (Neighbor focus)
- Intro Posts (Neighbor focus)
- COVID-19 Info Reminder (Neighbor focus)
- Posts Beyond Neighborhood (Neighbor focus)
- Video and Carousel Ads (Business focus)
- Hyperlocal Ads (Business focus)
- Business Posts (Business focus)
- Sponsorships Expansion (Business focus)
- Neighborhood Ad Center (Business focus)

## 2021
- Connections (Neighbor focus)
- Finds (Neighbor focus)
- Browse Other Neighborhoods (Neighbor focus)
- Organization Pages (Neighbor focus)
- Ask a Neighbor (Neighbor focus)
- Notification Center (Neighbor focus)
- Video Tools (Neighbor focus)
- Enhanced Profile (Neighbor focus)
- Product Listings Ads (Business focus)
- Conv Optimized Ad Targeting Algorithms (Business focus)
- Next-gen Proprietary Ad Server (Business focus)
- 3rd Party Campaign Mgmt Integrations (Business focus)
- Enhanced Attribution (Business focus)
- Sponsored Search Ads Marketplace (Business focus)
- Content API (Business focus)

# Evolving our product by learning how neighbors use Nextdoor

*Maps*



# Groups





# *Driving value and growth*

# Connect with more than one neighborhood





# *Making Nextdoor content searchable*



## *Our strategy*

# Enable neighbors and organizations to build an *active* *valued* *community*



*Head of Revenue*

# *Heidi Andersen*

# Digital advertising TAM represents $600B+ opportunity



Source: Global and US digital ad markets, eMarketer March 2021
Note: Digital advertising market is based on eMarketer U.S. ad spend and excluding B2B, which represents 6% of digital ad spend in 2020. Global advertising market includes annual ad spend across all countries world-wide and is not adjusted to Nextdoor's existing 11 markets. For both 2020 and 2024, assumes 6% B2B share across all global markets.

# *Full funnel approach helping neighbors from awareness to action*



Sponsored Posts





Maps

Sponsorships





Dynamic Local Ads

Local Deals







Finds

# *Our GTM model is designed to match segment complexity, opportunity, and margin expectations*



# *We serve customers across all verticals*

## Core Verticals

**Home Services**  **Retail**  **Financial Services**  **Tech / Telco**

## Emerging Verticals

**Healthcare**  **CPG**  **Travel**  **Auto**  **Government**  **Entertainment**

# Unique targeting and personalization power brand and neighbor connections

## Brands

### Hyperlocal targeting & creative at scale

**~200**
Enterprises

**>400**
Mid-Market

Customer data as of 6/30/2021.

# *Meeting the moment, iterating quickly with brands to meet demands of community at scale*

  

Albertsons Companies and Moderna are not affiliated.

# *Brands can reach an incremental audience*

*% of people who visit Nextdoor at least once per month but do not visit this social media platform at least once per month*



**>$1T**

**Aggregate market cap of these other platforms**

Source: Comscore Media Metrix® Multi-Platform, Cross Visiting, Total Audience, % Vertical, March 2021, United States
Peer market cap data as of 6/3/21 per CapitalIQ.

# *Brands can reach a highly engaged audience*



**Weekly Active Users (WAU) engage nearly 4 times a week**

Source: App Annie. Nextdoor DAU/WAU based on internal data, 2020 daily average. DAU defined as a unique Registered Neighbor who starts a session or opens a content email on a given day. WAU defined as count of unique Registered Neighbors who have started a session or engaged with a content email over the trailing 7 days.

# First party, brand, and third party data allow brands to target neighbors with relevant messaging in local context



# Our insights series offer unique neighbor perspectives

## Insights Series 1

As the pandemic started we saw upticks in neighbor conversation topics - like new fitness trends



| Weights | 371% |
|---------|------|
| Tabata | 363% |
| Peloton | 145% |
| HIIT | 90% |
| Zwift | 75% |



Mentions of "movers" are up **84%** since March

## Insights Series 3

We dug into moving - where were neighbors moving, for how long and why.

## Insights Series 5

Neighbors are getting back to spending on major purchases



1 in 5 are planning to buy a car

Over a quarter of neighbors looking to plan a vacation this year

Q1
**2020**

Q3
**2021**

## Insights Series 2

Investing in home offices had an uptick and stayed as the new normal



% change in search volume — Monitor, Office Chair, Desk (Feb–May)

xfinity + nextdoor

New Mover's Guide

**New Mover Kit helped recent movers settle in**



*Knowing as few as 6 of your neighbors reduces the likelihood of loneliness*

## Insights Series 4

Neighbor connections can help mental health



**Walmart's Help Groups looked to connect neighbors**

# *Nextdoor New Movers kits*



**Nextdoor data shows that recent movers are more likely to convert with Home Services advertisers**



**A recent Nextdoor poll reveals nearly 1/4 of neighbors have moved permanently in 2020**



# *H&R Block* helped
# *Make Every Block Better*

*The first year of our partnership with Nextdoor was the perfect way to launch the platform and it was incredible to see 10 projects come to life after we received nominations from every corner of the country.*

**Angela Davied**
*Vice President Corporate Communications, H&R Block*



- Submissions from all **50** states

- Sponsored Posts performed **126% above the Nextdoor benchmark**





# *Hershey* promoted and sold more delicious Halloween candy





- **140%** above the average "Add to Cart" benchmark via MikMak

- Mentions of the Hershey Company, Kit Kat, and Reese's were up **69%** YOY in October

*During this uncertain time, people are counting on neighbors for connection and information more than ever. Nextdoor has a unique position in the social marketplace to deliver on this type of engagement. Neighbors trust each other with things like creative ways to safely trick-or-treat...We're looking forward to continuing to explore opportunities for our brands to collaborate with the neighbors of Nextdoor.*

**Amy Good**
*Director, Integrated Media*



# *Walmart* created a network to help communities in need



*This is a wonderful idea, I am elderly and do need help sometimes. Thank you!*

*Nextdoor neighbor*

- **10.5M+** unique visitors to the Help Map during Walmart's sponsorship

- **25%** lift in Walmart brand favorability for those who joined a Neighbor Helping Neighbor group





# UpNest *reached homeowners interested in selling through Sponsored Posts on Nextdoor*



- **68%** Below their CPC goals

- **48%** Below their CPA goals

*Nextdoor is the perfect fit for our product. It boasts a high-quality, high-intent audience of homeowners looking to learn more about home selling.*

# Giving small businesses an online presence

## Small businesses / Neighbors for hire

### Discovery by relevant audiences

**>2M**
local business claimed pages

**54M**
business recommendations

Customer data as of 6/30/2021.

"

*If I had to choose only one [marketing channel], it would be Nextdoor. On others, you have to spend so much money to be seen and it's not* **going to the right audience.** *On Nextdoor, it's* **people who are looking specifically for you.**"

**Coco H.**
Business Owner of Coco The Geek
Atlanta, Georgia, USA

*Nextdoor has been huge for me. It's been a great marketing tool. With what I do, there's a lot of draw to it for people in my* **direct neighborhood and my direct community.** *A lot of people end up* **supporting me as a business owner on Nextdoor because I'm local, I'm women-owned, and I'm a woman of color.**"

**Aliah H.**
Business Owner of Raw Portraiture
San Francisco, California, USA

"

*There are very few platforms that are truly designed to support small, local businesses — and Nextdoor is that.* **Nextdoor supports small, local businesses in their local communities, and helps them grow with the love and support of real people** *— real neighbors. It allows us to* **engage on a personal level as not just a brand, but a neighbor."**

*Rita S.*
Business Owner of Cheeky Spices
Ann Arbor, Michigan, USA

*Word-of-mouth is the number one way we get our leads.*
**Nextdoor is the perfect platform because that word-of-mouth is coming from neighbors."**

**Ariane C.**
Business Owner of Joe Hall Roofing
Patego, Texas, USA

# *Neighborhood Ad Center*

**Advertiser Value:**

- Better performance
- Hands on keyboard access
- Ability to manage accounts programmatically
- Improved measurement & reporting
- Data ingestion & API integration
- New formats



# *Product Listing Ads*

**In Progress**

**Neighbor Value:**

- Neighbors see ads that are dynamic and contextually relevant

**Advertiser Value:**

- Native advertising feels like organic content
- Advertisers can dynamically cycle through tens of thousands of creatives in a single campaign



# *Client Advisory Board*



### *Kevin Burke*
Former CMO, Square



### *Kim F. Grant*
SVP, Marketing
Bank of America



### *Melissa Grady*
CMO, Cadillac



### *Nick Jezarian*
Sr. Director,
Media Strategy, Target



### *Steve Katelman*
EVP of Global Strategic Partnerships
Omnicom Media Group



### *Allison Lowrie*
CMO, Vacasa



### *Jonathan Mildenhall*
Co-founder and Chair of
TwentyFirstCenturyBrand



### *Jeffrey Nicholson*
CEO, Tracer



### *Andrea Perez*
Head of the Women's and Kids
business for Brand Jordan at Nike





**Board of Directors, Benchmark**

# Q&A with Bill Gurley



*Co-founder & Chief Architect*
# *Prakash Janakiraman*



*From a single neighborhood to over 275,000*

# Community health



# Neighborhood Vitality Advisory Board



### Marc Dunkelman
Research Fellow at
Brown University



### Jennifer L. Eberhardt
Professor of Psychology at
Stanford University



### Kelli Harding
Assistant Clinical Professor of
Psychiatry at Columbia University



### Derrick Johnson
President and CEO,
NAACP



### Sylvia Rosabal
U.S. Agency for Global Media



### Julianne Holt-Lunstad
Professor of Psychology & Neuroscience
at Brigham Young University



### Tracey L. Meares
Professor of Law at Yale University
and Founding Director of The
Justice Collaboratory



### Ryan Streeter
Director of Domestic Policy Studies
at American Enterprise Institute

# *Our human review consists of three pillars*



## Neighbors



## Neighborhood Leads & Community Reviewers



## Neighborhood Operations Team



# Other reminders









*Head of Marketing*
# Maryam Banikarim

# *Organizations driven by purpose and values*



*Outperformed the general market 15:1*

*Outperformed comparison companies 6:1*

Jim Collins and Jerry Porras, Built to Last: Successful Habits of Visionary Companies.

# Chelsea, New York



# *Nicole and Lois*



**nextdoor**

**nicole blau**
East Village (E4-1st-E1-Bwry) • 22 Jul

**A different kind of request**

I will be leaving NY soon , and wanted to go visit my father's gravesite, and make sure his marker is still there.
And wanted to take my 91 year old mom  with me.
It is out on Staten Island   ~~ a long trip by public transportation, impossible for my mother.
By car, not that difficult.
Is there anyone here that would consider driving the two of us out there and bringing us back to the city?
Sometime in the next couple weeks?
Thank you

Posted in **General** to **Anyone**

♡ Like          💬 34 Comments          ↗ Share          ⇄ Repost           35

# *Living our purpose and driving results*

 **~3x**

**year over year increase in neighbors hosting an event**[1]

 **⁺140%**

**year over year increase in 'block party' mentions**[1]

 **75%**

**Nextdoor neighbors who experienced an act of kindness**[2]

(1) Nextdoor Data, May to July 2021 vs. May to July 2020.
(2) Nextdoor member poll.

## Key Insight

# We crave a sense of place and connection to our physical community, to our neighborhood, to feel grounded and secure

*My neighborhood is a source of identity and pride*

*While I may not always love my neighbors, I do love my neighborhood*

# *Our culture is realigning around the neighborhood*



**73%**

**say neighbors are most important community**[1]



**87%**

**travel 15 minutes or less for everyday purchases**[2]



**57%**

**shop local to keep money close to home**[3]

Sources: (1) Open Mind Strategy 2020; (2) The Impact of Retail Proximity on Consumer Purchases, Access Development Aug 21, 2019, (3) Intuit 2021 Survey.





*Abraham*
**Kingstowne Thompson Center, VA, USA**



**Meets neighbors
for coffee**

**Searches for
school tutor**

**Borrows neighbor's
pasta machine**

**Recommends a
local restaurant**

**Hosts
Dads group**

# *Dawn*
## Grant Park, Georgia, USA













*Hosts pop-up events*

*Updates her business page*

*Responds to neighbors*

*Promotes new job listing*

*Checks in with her business group*



*Cecile*
**San Mateo-Santa Cruz,
California, USA**











*Sets up wildfire webinar*

*Updates Evacuation Order*

*Alerts neighbors to local wildfire*

*Monitors metrics*

*Responds to questions*

# *Our relationship with Public Agencies*



**95%**

of top cities in U.S.[1]



**>30K**

civil servants in the U.S. and beyond[2]

Sources: (1) Nextdoor internal data as of 9/1/2021; top 100 cities as defined by population, (2) Nextdoor internal data as of 6/30/2021.

# Public Agency Advisory Board



### Charles Husted
City of Sedona, Arizona



### Warren Kagarise
King County, Washington



### Wunmi Ladele
U.K. National Health Service



### Leah LaRue
City of Atlanta, Georgia



### Greg Licamele
Fairfax County, Virginia



### Jennifer Masterson
Southern California Edison



### Janelle McGregor
City of Tampa, Florida



### Katie Nelson
Mountain View, California
Police Department



### Francis Zamora
San Francisco Department of
Emergency Management



# *Everyone is a neighbor*



# A global, scalable platform



**312M Households**
U.S. 128M
International 183M

**+109M Households**
Future opportunities in existing markets
*(U.S. / International)*

**203M Households**
U.S. 83M
International 119M

**+158M Households**
Next opportunity for additional households at 65% penetration
*(U.S. / International)*

**45M Households**
U.S. 37M
International 8M

**45M Households**
claimed in existing markets
*(U.S. / International)*

Source: U.S. Census, Statista and Statistics Canada. Nextdoor Q1 2021 data. U.S. only, excludes neighbors in pilot neighborhoods. Claimed residences have at least one Current Verified Neighbor at the residence. Some figures may not sum due to rounding.





Chief Financial Officer

Mike Doyle

# *Disclaimer*

This Presentation (together with oral statements made in connection herewith, the "Presentation") relates to the proposed business combination (the "Business Combination") between Khosla Ventures Acquisition Co. II ("Khosla") and Nextdoor, Inc. ("Nextdoor"). This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

The information contained herein does not purport to be all-inclusive and none of Khosla or Nextdoor nor any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents make any representation or warranty, express or implied, as to the accuracy, completeness or reliability of the information contained in this Presentation. You should consult with your own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this Presentation, you confirm that you are not relying solely upon the information contained herein to make any investment decision. The recipient shall not rely upon any statement, representation or warranty made by any other person, firm or corporation in making its investment decision to subscribe for securities of Khosla in connection with the Business Combination. To the fullest extent permitted by law, in no circumstances will Khosla, Nextdoor or any of their respective subsidiaries, stockholders, affiliates, representatives, control persons, partners, members, managers, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Khosla, Nextdoor or the Business Combination. The general explanations included in this Presentation cannot address, and are not intended to address, your specific investment objectives, financial situations or financial needs.

**Forward-Looking Statements**

Certain statements in this Presentation may be considered "forward-looking statements" within the meaning of the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995 with respect to the Business Combination. Forward-looking statements herein generally relate to future events or the future financial or operating performance of Khosla, Nextdoor or the combined company expected to result from the Business Combination (the "Combined Company"). For example, projections of future financial performance of Nextdoor and the Combined Company, the Combined Company's business plan, other projections concerning key performance metrics, the proceeds of the Business Combination and the Combined Company's expected cash runway, the listing of the Combined Company's common stock on the NYSE under the ticker "KIND", and the potential effects of the Business Combination on Khosla and the Combined Company, are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as " may,"" should,"" expect,"" intend,"" will," "estimate,"" anticipate,"" believe,"" predict," "project," "target," "plan," or "potentially" or the negatives of these terms or variations of them or similar terminology. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks, uncertainties, and other factors which could cause actual results to differ materially from those expressed or implied by such forward-looking statements.

These forward-looking statements are based upon estimates and assumptions that, while considered reasonable by Khosla, Nextdoor and its management, as the case may be, are inherently uncertain and subject to material change. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risk and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, various factors beyond management's control, including general economic conditions and other risks, uncertainties and factors set forth in the section entitled "Risk Factors" and "Cautionary Note Regarding Forward-Looking Statements" in Khosla's final prospectus relating to its initial public offering, dated March 23, 2021, the registration statement on S-4 relating to the business combination, and other filings with the Securities and Exchange Commission ("SEC"), as well as factors associated with companies, such as Nextdoor, including anticipated trends, growth rates, and challenges in those businesses and in the markets in which they operate. Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein.

Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein and the risk factors of Khosla and Nextdoor described above. Neither Khosla nor Nextdoor undertakes any duty to update these forward-looking statements.

**Use of Projections**

This Presentation contains projected financial information with respect to Nextdoor. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as being predictive of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in such prospective financial information, including without limitation, assumptions regarding Khosla's and Nextdoor's ability to consummate the Business Combination, the failure of which to materialize could cause actual results to differ materially from those contained in the prospective financial information. Khosla and Nextdoor caution that their assumptions may not materialize and that current economic conditions render such assumptions, although believed reasonable at the time they were made, subject to greater uncertainty. See the section above titled "Forward-Looking Statements". The inclusion of financial forecast information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved. Neither Khosla's nor Nextdoor's independent auditors have audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this Presentation or any other purpose, and accordingly, none of such independent auditors has expressed any opinion or provided any other form of assurance with respect to such projections.

**Financial Information and Use of Non-GAAP Financial Measures**

The financial information contained in this Presentation has been taken from or prepared based on the historical financial statements of Nextdoor for the periods presented. An audit of certain of these financial statements was completed and included in the registration statement on Form S-4 filed with the SEC by Khosla in connection with the Business Combination, however, no historical financial information contained herein has been audited, reviewed, compiled or been subject to any procedures by any auditors and actual historical financial information could differ materially from the information contained herein.

# *Disclaimer*

This presentation includes certain non-GAAP financial measures (including on a forward-looking basis). These non-GAAP measures are an addition, and not a substitute for or superior to, measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to their nearest GAAP equivalent or any other performance measures derived in accordance with GAAP. A reconciliation of the non-GAAP financial measures used in this Presentation to their nearest GAAP equivalent is included in the appendix to this Presentation. Nextdoor believes that these non-GAAP measures of financial results (including on a forward-looking basis) provide useful supplemental information to investors about Nextdoor. Nextdoor's management uses forward-looking non-GAAP measures to evaluate Nextdoor's projected financials and operating performance. However, there are a number of limitations related to the use of these non-GAAP measures and their nearest GAAP equivalents, including that they exclude significant expenses that are required by GAAP to be recorded in Nextdoor's financial measures. In addition, other companies may calculate non-GAAP measures differently, or may use other measures to calculate their financial performance, and therefore, Nextdoor's non-GAAP measures may not be directly comparable to similarly titled measures of other companies. Additionally, to the extent that forward-looking non-GAAP financial measures are provided, they are presented on a non-GAAP basis without reconciliations of such forward-looking non-GAAP measures due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliations.

**Additional Information**

In connection with the proposed Business Combination, Khosla has filed with the SEC a registration statement on Form S-4 containing a preliminary proxy statement/prospectus of Khosla and consent solicitation statement of Nextdoor. The registration statement is not yet effective. After the registration statement is declared effective, Khosla and Nextdoor will mail a definitive proxy statement/prospectus/consent solicitation statement relating to the proposed Business Combination to their respective stockholders. This Presentation does not contain any information that should be considered by Khosla's or Nextdoor's stockholders and other interested persons concerning the proposed Business Combination and is not intended to constitute the basis of any voting or investment decision in respect of the Business Combination or the securities of Khosla. Khosla's and Nextdoor's stockholders and other interested persons are advised to read the preliminary proxy statement/prospectus/consent solicitation statement and the amendments thereto and the definitive proxy statement/prospectus/consent solicitation statement and other documents filed in connection with the proposed Business Combination, as these materials will contain important information about Khosla, Nextdoor and the Business Combination. When available, the definitive proxy statement/prospectus/consent solicitation statement and other relevant materials for the proposed Business Combination will be mailed to stockholders of Khosla and Nextdoor as of a record date to be established for voting on the proposed Business Combination. Stockholders will also be able to obtain copies of the preliminary proxy statement/prospectus/consent solicitation statement, the definitive proxy statement/ prospectus/consent solicitation statement and other documents filed with the SEC, without charge, once available, at the SEC's website at www.sec.gov, or by directing a request to: Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025.

**Participants in the Solicitation**

Khosla, Nextdoor and their respective directors and executive officers may be deemed participants in the solicitation of proxies from Khosla's stockholders with respect to the proposed Business Combination. A list of the names of Khosla's directors and executive officers and a description of their interests in Khosla is contained in Khosla's registration statement on Form S-4, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025. To the extent that holdings of Khosla's securities have changed since the amounts printed in Khosla's registration statement on Form S-4, such changes have been or will be reflected on Statements of Change in Ownership on Form 4 filed with the SEC.

A list of the names of Nextdoor's directors and executive officers and a description of their interests in the proposed Business Combination is contained in Khosla's registration statement on Form S-4, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Khosla Ventures Acquisition Co. II, 2128 Sand Hill Road, Menlo Park, CA 94025.

You may obtain free copies of these documents as described in the preceding paragraphs.

**No Offer or Solicitation**

This Presentation shall not constitute a "solicitation" as defined in Section 14 of the Securities Exchange Act of 1934, as amended. This Presentation does not constitute an offer, or a solicitation of an offer, to buy or sell any securities, investment or other specific product, or a solicitation of any vote or approval, nor shall there be any sale of securities, investment or other specific product in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No public offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act, or an exemption therefrom. Neither Nextdoor nor Khosla is making an offer of the Securities in any state or jurisdiction where the offer is not permitted. NEITHER THE SEC NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THE SECURITIES OR DETERMINED IF THIS PRESENTATION IS TRUTHFUL OR COMPLETE.

**Industry and Market Data**

Certain information contained in this Presentation relates to or is based on studies, publications, surveys and Nextdoor's own internal estimates and research. In addition, all of the market data included in this Presentation involves a number of assumptions and limitations, and there can be no guarantee as to the accuracy or reliability of such assumptions. Finally, while Nextdoor believes its internal research is reliable, such research has not been verified by any independent source and none of Nextdoor, nor any of its affiliates nor any of its control persons, officers, directors, employees or representatives make any representation or warranty with respect to the accuracy of such information.

**Trademarks**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM © or ® symbols, but Khosla and Nextdoor will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

**No Relationship or Joint Venture**

Nothing contained in this Presentation will be deemed or construed to create the relationship of partnership, association, principal and agent or joint venture. This Presentation does not create any obligation on the part of either Nextdoor, Khosla or the recipient to enter into any further agreement or arrangement. Unless and until a definitive agreement has been fully executed and delivered, no contract or agreement providing for a transaction will be deemed to exist and none of Khosla, Nextdoor or the recipient will be under any legal obligation of any kind whatsoever. Accordingly, this Presentation is not intended to create for any party a right of specific performance or a right to seek any payment or damages for failure, for any reason, to complete the proposed transactions contemplated herein.

# Financial highlights

**Differentiated products with contextual relevance** enable sustainable growth

**High levels of neighbor retention** enable consistent growth and ROI on acquisition spend

**Network effects** increase WAU engagement as penetration increases

**ARPU expansion with multiple levers** provides opportunity to continue to increase monetization

**Multiple under-monetized products** creating potential for significant upside in the growth

Significant opportunity to monetize in rapidly growing **international markets**

# Growing base of users...



# ...And engaged users...



WAU defined as the count of unique neighbors who have started a session or opened a content email over the trailing 7 days. Some figures may not tie due to rounding.

# *...Leading to revenue growth...*



# ...And increasing levels of monetization



ARPU shown above is calculated as total global revenue divided by the average total global weekly active users (WAU) in the period.
WAU defined as the count of unique neighbors who have started a session or opened a content email over the trailing 7 days. Quarterly ARPU is annualized.

# *Sustained monetization trajectory*



U.S. ARPU[1]

**34%** 2021E ARPU Growth

- Q1 A 2020: $4.36
- Q2 A: $4.50
- Q3 A: $5.34
- Q4 A: $6.72
- Q1 A 2021: $5.71
- Q2 A: $7.22
- Q3 E: $7.05
- Q4 E: $7.86

1. ARPU shown is calculated by annualizing U.S. revenue divided by the weekly active users (WAU) in the period.

# *A verified daily audience with significant monetization potential*



**U.S. DAU and ARPU[1]**

**U.S. DAU**

90M

36M

12M

$10     $18     $59

**U.S. Average Revenue per User (ARPU)**

**Annual Revenue per DAU**

Source: Company filings and internal data for 2020. Comparison is illustrative as each company calculates daily active users differently. Snap includes U.S., Canada, Mexico, the Caribbean, and Central America. Twitter and Nextdoor include the U.S. only.
1. Snap and Twitter DAU and ARPU figures reflect data provided in their 2020 10-Ks.

# Strong foundation for continued revenue growth



Forward looking estimates are subject to change. Actual figures may be materially different.

# An overview of our investments for growth







## Product Development

- Proprietary ad platform
- ML capabilities
- Video tools
- Scaling global infrastructure

## Sales and Marketing

- Global neighbor and SMB acquisition
- International expansion and operations
- Marketing technology
- Scalable moderation

## General and Administrative

- Teams and systems to enable world-class finance, legal, people, facilities, IT, and executive functions

# Focusing on value that leads to growth

**Legend:**
- Neighbor focus
- Business focus
- Country launch

## 2011–2015
- Newsfeed
- Maps
- Recommendations
- Nearby Neighborhoods
- Public Agency Pages

## 2016
- Polls
- UK, Netherlands

## 2017
- Neighborhood Favorites
- Neighborhood Sponsorships
- Sponsored Posts
- Germany

## 2018
- Interests
- For Sale & Free
- Digest
- France, Italy, Spain, Australia

## 2019
- Kindness Reminder
- Verification Platform
- Lead Gen Ads
- Sponsored Maps
- Local Deals
- Sweden, Denmark, Canada

## 2020
- Groups
- Help Map
- Community Reviewers
- Good Neighbor Pledge
- Intro Posts
- COVID-19 Info Reminder
- Posts Beyond Neighborhood
- Video and Carousel Ads
- Hyperlocal Ads
- Business Posts
- Sponsorships Expansion
- Neighborhood Ad Center

## 2021
- Connections
- Finds
- Browse Other Neighborhoods
- Organization Pages
- Ask a Neighbor
- Notification Center
- Video Tools
- Enhanced Profile
- Product Listings Ads
- Conv Optimized Ad Targeting Algorithms
- Next-gen Proprietary Ad Server
- 3rd Party Campaign Mgmt Integrations
- Enhanced Attribution
- Sponsored Search Ads Marketplace
- Content API

# *Efficiently scaling our R&D investment*

**22%**

**2021E increase in R&D efficiency despite substantial ongoing investment**

## Revenue per R&D Person[1]



1. Reflects total revenue divided the number of full time Research & Development (R&D) employees.

# Cost effective neighbor acquisition globally



~**5** quarters

**Payback on global paid acquisition**[1]

**Contact sync**

**Sharing**

**Word of mouth**

**Email / Text Message Invites**

**Mailed invitations**

**Emerging drivers of organic growth**

**68% of US acquisition is organic**

**~$5 Paid CPA**

1. Based on Q2 2021 annualized data.

# *A model that scales globally…*

**85%**

**UK Neighbor Growth**
*Q2 2018–Q2 2021*
*3-Year CAGR*

**200%+**

**International Revenue Growth**
**YoY (Q2'21 v. Q2'20)**
*Historically driven primarily by expansion in the UK*



UK WAU

# *...with a consistent trajectory in newer markets*

**108%**

**Canada Neighbor Growth**
*Q2 2020–Q2 2021*
*1-Year*

**Reflects a repeatable playbook, with ample runway to drive daily and weekly usage**



# Sustainable growth; additional capital a potential accelerant

| | Annual Summary | | | |
|---|---|---|---|---|
| | 2019A | 2020A | 2021E | 2022E |
| **Total Revenue** | $83M | $123M | $181M | $252M |
| *% Growth* | 62% | 49% | 47% | 40% |
| **Total ARPU** | $4.23 | $4.62 | $6.05 | $6.47 |
| *% Growth* | 10% | 9% | 31% | 7% |
| **Operating Expenses** | $158M | $200M | $273M | $356M |
| *% of Total Revenue* | 191% | 162% | 151% | 141% |
| *% Growth* | 70% | 27% | 37% | 30% |
| **Net Loss** | $(73M) | $(75M) | $(101M) | $(103M) |
| **Non-GAAP Operating Expenses** [1] | $141M | $174M | $229M | $297M |
| *% of Total Revenue* | 171% | 141% | 127% | 118% |
| *% Growth* | 66% | 23% | 33% | 30% |
| **Adj. EBITDA** | $(59M) | $(50M) | $(49M) | $(45M) |
| *% Margin* | (71%) | (41%) | (27%) | (18%) |
| *Y/Y Margin Improvement* | (3%) | 31% | 14% | 9% |

*Raised Guidance (+$3M)*

**Current model does not assume additional capital**
Additional funding can significantly accelerate growth

*Raised Guidance (+$1M)*

**Long Term Target Margins:**
Adjusted EBITDA Margins of ~40%

Forward looking estimates are subject to change. Actual figures may be materially different. For a reconciliation of non-GAAP financial measures to GAAP, see appendix.
1. Non-GAAP Operating Expenses includes cost of revenue, sales and marketing, research and development and general and administrative expenses, excluding depreciation and amortization, stock-based compensation and acquisition-related costs.

# *Viral growth loops reinforce the strength of our model*



# Why Nextdoor wins: We are the neighborhood network, strong network effects, and clear monetization upside

| | |
|---|---|
| Nextdoor = Neighborhoods | *Nextdoor is where you connect to the neighborhoods that matter to you.* |
| Purpose-driven brand | *Purpose-driven brand — promotes growth, differentiates the business, and aligns the organization.* |
| Global relevance | *63M+ global Verified Neighbors today, and over 70% neighbor retention.* |
| Unique value prop | *Built on trusted information, physical proximity, and uniquely local perspective.* |
| Significant global addressable market | *Everyone is a neighbor. Near-term opportunity to add 150M+ households globally.* |
| Product innovation | *10 years of singular focus on all things neighborhood provides utility that can't be replicated.* |
| Multiple drivers of monetization | *Global ARPU growth of 58% Y/Y in Q2 '21 accelerating from 29% Y/Y in Q1 '21.* |

Global Verified Neighbor data as of 6/30/21. Reflects 3-month retention of neighbors who joined in 2020.
ARPU shown is calculated by annualizing total global revenue divided by the weekly active users (WAU) in the period.

*Coming soon...*







*It starts with a wave*

investors.nextdoor.com



# Appendix

# *Adjusted EBITDA Reconciliation*

| | 2019A | 2020A |
|---|---|---|
| **Net Loss** | ($73.3M) | ($75.2M) |
| Depreciation and amortization | $2.1M | $3.1M |
| Stock-based compensation | 14.1M | 22.6M |
| Interest | (2.5M) | (0.7M) |
| Provision for income taxes | 0.2M | 0.1M |
| Acquisition-related costs | 0.6M | — |
| *Adjusted EBITDA* | *($58.8M)* | *($50.2M)* |

# Non-GAAP Operating Expenses Reconciliation

| | 2019A | 2020A |
|---|---|---|
| **Operating Expenses** | | |
| Cost of revenue | $13.7M | $21.6M |
| Sales and marketing | 81.0M | 80.3M |
| Research and development | 42.6M | 69.2M |
| General and administrative | 20.7M | 28.8M |
| **Total GAAP Operating Expenses** | **$158.0M** | **$199.9M** |
| (-) Depreciation and amortization | ($2.1M) | ($3.1M) |
| (-) Stock-based compensation | (14.1M) | (22.6M) |
| (-) Acquisition-related costs | (0.6M) | 0.0M |
| **Non-GAAP Operating Expenses** | **$141.2M** | **$174.2M** |
| *% of Total Revenue* | *171%* | *141%* |
| *% Growth* | *66%* | *23%* |

# Definitions

| Metrics | Definition |
| --- | --- |
| U.S. Household | A single (U.S.) residence containing at least one Current Verified Neighbor |
| Neighborhoods | The number of active Launched (10+ member) neighborhoods. A "neighborhood" is a specific geographic area with a defined boundary. Neighborhoods do not overlap. |
| Verified Neighbors/Users | The number of neighbors who are verified in a valid Launched (10+ member) or Pilot (< 10 member) neighborhood, and in good standing (i.e. not deleted, deactivated, or suspended.) |
| Daily Active Users (DAU) | Count of unique neighbors who have started a session or opened a content email on a given day |
| Weekly Active Users (WAU) | Count of unique neighbors who have started a session or opened a content email over the trailing 7 days |
| Monthly Active User (MAU) | Count of unique neighbors who have started a session or opened a content email over the trailing 30 days |
| Engagement | Used to refer to neighbor activity — usually WAU unless otherwise specified |
| Neighbor retention | 3 month MAU is defined as active in the 30 days preceding day 90, 6 month is active in the 30 days preceding day 180, 12 month is active in the 30 days preceding day 360, and 24 month is active in the 30 days preceding day 720. 3-month data based on users who joined in 2021; 6- and 12-month data based on users who joined in 2020; 24-month data based on users who joined in 2019. |
| Neighborhood penetration | U.S. Households (see above) divided by the total number of Households (claimed or otherwise) in the neighborhood. |
| Local Business Claimed Pages | Local business pages that have been claimed by a Nextdoor partner |
| Total Addressable Market (TAM) | Digital advertising spend in the U.S. excluding B2B (not addressable by Nextdoor). Source: eMarketer |