# Exhibit C



Luxury Homes In Boca Raton, FL

Lotus raises the bar on contemporary luxury living.

Lotus By GL Homes          Learn More >

yahoo!finance    Search for news, symbols or companies    News   Finance   Sports   More ˅   Mail   Sign in

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now     🔒 UPGRADE TO PREMIUM

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

NYSE - Nasdaq Real Time Price • USD

## Nextdoor Holdings, Inc. (KIND)   ☆ Follow   ⤢ Compare

**2.4100** +0.0600 +(2.55%)   **2.4000** -0.01 (-0.41%)
At close: January 13 at 4:00:02 PM EST    After hours: January 13 at 5:27:55 PM EST ☾

Nov 08, 2022 - Feb 07, 2023 ˅   Historical Prices ˅   Daily ˅

Currency in USD   🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Feb 6, 2023 | 2.5100 | 2.5800 | 2.4050 | 2.4400 | 2.4400 | 1,055,600 |
| Feb 3, 2023 | 2.6300 | 2.7700 | 2.5000 | 2.5300 | 2.5300 | 1,787,100 |
| Feb 2, 2023 | 2.7100 | 2.8050 | 2.6550 | 2.7600 | 2.7600 | 1,767,700 |
| Feb 1, 2023 | 2.4400 | 2.6650 | 2.4300 | 2.6100 | 2.6100 | 2,127,800 |
| Jan 31, 2023 | 2.2200 | 2.5000 | 2.2200 | 2.4600 | 2.4600 | 1,681,100 |
| Jan 30, 2023 | 2.2900 | 2.3090 | 2.2100 | 2.2100 | 2.2100 | 635,600 |
| Jan 27, 2023 | 2.1600 | 2.3700 | 2.1200 | 2.3100 | 2.3100 | 2,787,100 |
| Jan 26, 2023 | 2.1700 | 2.2300 | 2.1350 | 2.1700 | 2.1700 | 989,900 |
| Jan 25, 2023 | 2.1400 | 2.1400 | 2.0480 | 2.1000 | 2.1000 | 1,039,500 |
| Jan 24, 2023 | 2.1600 | 2.2200 | 2.0300 | 2.1600 | 2.1600 | 1,611,700 |
| Jan 23, 2023 | 2.1400 | 2.2600 | 2.0800 | 2.2000 | 2.2000 | 1,190,600 |
| Jan 20, 2023 | 2.1000 | 2.1700 | 2.0850 | 2.1400 | 2.1400 | 1,093,500 |
| Jan 19, 2023 | 2.1400 | 2.1800 | 2.0800 | 2.1100 | 2.1100 | 950,200 |
| Jan 18, 2023 | 2.2000 | 2.2850 | 2.1400 | 2.1500 | 2.1500 | 1,356,100 |
| Jan 17, 2023 | 2.1500 | 2.2000 | 2.0900 | 2.1800 | 2.1800 | 949,000 |
| Jan 13, 2023 | 2.1100 | 2.1800 | 2.0700 | 2.1200 | 2.1200 | 1,719,600 |
| Jan 12, 2023 | 2.1000 | 2.1600 | 2.0500 | 2.1600 | 2.1600 | 1,592,700 |
| Jan 11, 2023 | 2.0900 | 2.1400 | 2.0700 | 2.1000 | 2.1000 | 906,000 |
| Jan 10, 2023 | 2.1000 | 2.1450 | 2.0700 | 2.0900 | 2.0900 | 756,100 |
| Jan 9, 2023 | 2.1000 | 2.1500 | 2.0650 | 2.0800 | 2.0800 | 1,238,400 |
| Jan 6, 2023 | 2.0500 | 2.0700 | 1.9800 | 2.0700 | 2.0700 | 601,200 |
| Jan 5, 2023 | 2.0900 | 2.0950 | 2.0300 | 2.0400 | 2.0400 | 444,400 |
| Jan 4, 2023 | 2.0700 | 2.1200 | 2.0300 | 2.1000 | 2.1000 | 774,300 |
| Jan 3, 2023 | 2.1100 | 2.2250 | 1.9900 | 2.0700 | 2.0700 | 845,400 |
| Dec 30, 2022 | 2.0000 | 2.1100 | 1.9950 | 2.0600 | 2.0600 | 1,099,600 |
| Dec 29, 2022 | 1.9300 | 2.0700 | 1.9200 | 2.0600 | 2.0600 | 1,333,200 |
| Dec 28, 2022 | 1.8500 | 1.9700 | 1.8500 | 1.9100 | 1.9100 | 1,309,300 |
| Dec 27, 2022 | 1.9100 | 1.9200 | 1.8200 | 1.8900 | 1.8900 | 2,188,900 |
| Dec 23, 2022 | 1.9300 | 1.9500 | 1.8600 | 1.9500 | 1.9500 | 1,382,600 |
| Dec 22, 2022 | 1.9300 | 1.9300 | 1.8700 | 1.9100 | 1.9100 | 1,198,500 |
| Dec 21, 2022 | 1.9600 | 1.9800 | 1.9100 | 1.9200 | 1.9200 | 1,258,700 |
| Dec 20, 2022 | 1.9100 | 2.0150 | 1.9100 | 1.9600 | 1.9600 | 962,900 |
| Dec 19, 2022 | 1.9700 | 2.0010 | 1.9100 | 1.9100 | 1.9100 | 1,462,800 |
| Dec 16, 2022 | 1.9500 | 2.0350 | 1.9400 | 2.0000 | 2.0000 | 1,453,300 |
| Dec 15, 2022 | 1.9600 | 2.0000 | 1.9120 | 1.9900 | 1.9900 | 1,154,000 |
| Dec 14, 2022 | 2.0400 | 2.0500 | 1.9500 | 2.0000 | 2.0000 | 2,026,900 |
| Dec 13, 2022 | 2.2100 | 2.3300 | 2.0400 | 2.0600 | 2.0600 | 2,102,000 |
| Dec 12, 2022 | 2.0600 | 2.1150 | 1.9600 | 2.1100 | 2.1100 | 2,089,400 |
| Dec 9, 2022 | 2.0100 | 2.0800 | 1.9900 | 2.0700 | 2.0700 | 958,600 |
| Dec 8, 2022 | 1.9800 | 2.1200 | 1.9600 | 2.0200 | 2.0200 | 1,041,900 |
| Dec 7, 2022 | 1.9800 | 2.0750 | 1.9500 | 1.9700 | 1.9700 | 1,634,400 |
| Dec 6, 2022 | 2.0800 | 2.0800 | 1.9800 | 2.0200 | 2.0200 | 1,638,500 |
| Dec 5, 2022 | 2.1200 | 2.1800 | 2.0500 | 2.0500 | 2.0500 | 1,413,600 |
| Dec 2, 2022 | 2.1100 | 2.2300 | 2.0900 | 2.2000 | 2.2000 | 1,309,700 |
| Dec 1, 2022 | 2.1900 | 2.2500 | 2.1500 | 2.1600 | 2.1600 | 1,248,300 |
| Nov 30, 2022 | 2.0900 | 2.2600 | 2.0300 | 2.2500 | 2.2500 | 2,314,600 |
| Nov 29, 2022 | 2.0300 | 2.1150 | 2.0200 | 2.0800 | 2.0800 | 1,196,100 |
| Nov 28, 2022 | 2.1200 | 2.1850 | 2.0500 | 2.0600 | 2.0600 | 1,706,600 |
| Nov 25, 2022 | 2.1600 | 2.1700 | 2.1150 | 2.1700 | 2.1700 | 275,300 |
| Nov 23, 2022 | 2.1400 | 2.2050 | 2.1300 | 2.1700 | 2.1700 | 1,086,800 |
| Nov 22, 2022 | 2.2000 | 2.2500 | 2.1300 | 2.1600 | 2.1600 | 924,200 |
| Nov 21, 2022 | 2.2600 | 2.2600 | 2.1700 | 2.2000 | 2.2000 | 988,600 |
| Nov 18, 2022 | 2.3700 | 2.3700 | 2.2400 | 2.2600 | 2.2600 | 1,090,800 |
| Nov 17, 2022 | 2.3600 | 2.4050 | 2.3100 | 2.3500 | 2.3500 | 1,361,000 |
| Nov 16, 2022 | 2.6200 | 2.6200 | 2.4200 | 2.4200 | 2.4200 | 1,149,600 |
| Nov 15, 2022 | 2.5400 | 2.7700 | 2.5400 | 2.6400 | 2.6400 | 3,477,500 |
| Nov 14, 2022 | 2.5900 | 2.6600 | 2.4200 | 2.4400 | 2.4400 | 1,638,000 |

🔍 Quote Lookup   ⚙

U.S. markets close in 1h 25m

US   Europe   Asia   Rates   Commodities

| S&P 500 | Dow 30 | Nasdaq |
|---|---|---|
| 5,836.22 | 42,297.12 | 19,088.10 |
| +9.18 (+0.16%) | +356.67 (+0.86%) | -73.53 (-0.38%) |

| Russell 20... | Crude Oil | Gold |
|---|---|---|
| 2,194.40 | 78.78 | 2,681.20 |
| +5.17 (+0.24%) | +2.21 (+2.89%) | -33.80 (-1.24%) |

‹ ›

MY PORTFOLIOS
Sign in to access your portfolio
Sign in

TOP GAINERS
ITCI — Intra-Cellular Th...   127.19   +32.32 (+34.04%)
DJTWW — Trump Media & T...   31.23   +7.34 (+30.72%)
DJT — Trump Media & T...   42.91   +7.60 (+21.52%)
BPMC — Blueprint Medici...   103.36   +15.93 (+18.22%)
BBIO — BridgeBio Pharm...   33.73   +4.65 (+15.99%)

TOP LOSERS
GDS — GDS Holdings Li...   21.89   -4.86 (-18.17%)
ADOOY — PT Alamtri Resou...   8.02   -1.66 (-17.19%)
MRNA — Moderna, Inc.   35.15   -7.10 (-16.80%)
ANF — Abercrombie & Fi...   135.73   -25.20 (-15.66%)
SWTX — SpringWorks The...   37.01   -5.99 (-13.93%)

MOST ACTIVE
NVDA — NVIDIA Corporat...   133.23   -2.68 (-1.97%)
LCID — Lucid Group, Inc.   3.0100   -0.0100 (-0.33%)
PLTR — Palantir Technolo...   64.96   -2.28 (-3.39%)
TSLA — Tesla, Inc.   403.31   +8.57 (+2.17%)
F — Ford Motor Com...   9.71   +0.06 (+0.62%)

TRENDING TICKERS
DJT — Trump Media & T...   42.91   +7.60 (+21.52%)
MRNA — Moderna, Inc.   35.15   -7.10 (-16.80%)
PHIO — Phio Pharmaceut...   6.80   +4.91 (+290.53%)
SLRX — Salarius Pharma...   3.6700   +2.1100 (+135.26%)
DJTWW — Trump Media & T...   31.23   +7.34 (+30.72%)

TOP ECONOMIC EVENTS   United States 🇺🇸 ˅
Mortgage Market Index
Jan 15, 2025, 7:00 AM EST   Prior: 166.4   New: -
MBA 30-Yr Mortgage Rate
Jan 15, 2025, 7:00 AM EST   Prior: 6.99   New: -
CPI Index, NSA*
Jan 15, 2025, 8:30 AM EST   Prior: 315.49   New: -
Core CPI MM, SA*
Jan 15, 2025, 8:30 AM EST   Prior: 0.3   New: -
‹ ›

Terms and Privacy Policy
Privacy Dashboard
Ad Terms · Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov 11, 2022 | 2.4200 | 2.7600 | 2.3890 | 2.6400 | 2.6400 | 2,755,900 |
| Nov 10, 2022 | 2.1900 | 2.5400 | 2.1700 | 2.4700 | 2.4700 | 3,107,200 |
| Nov 9, 2022 | 2.2100 | 2.2500 | 2.0400 | 2.0600 | 2.0600 | 2,536,000 |
| Nov 8, 2022 | 2.3300 | 2.4050 | 2.2700 | 2.3200 | 2.3200 | 2,133,400 |

### Related Tickers

‹  ›

| TBLA | TBLAW | PODC | OB | GIFT | IZEA | SEAT | GENI |
|---|---|---|---|---|---|---|---|
| Taboola.com Ltd. | Taboola.com Ltd. | PodcastOne, Inc. | Outbrain Inc. | Giftify, Inc. | IZEA Worldwide, Inc. | Vivid Seats Inc. | Genius Sports Li |
| 3.4900 -1.41% | 0.3300 -0.42% | 2.4400 +0.83% | 6.13 -1.13% | 1.3300 +4.72% | 2.3700 -1.25% | 4.3500 -0.91% | 8.55 -2.84% |



**yahoo!finance**

Copyright © 2025 Yahoo.
All rights reserved.

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans
Terms and Privacy Policy
Privacy Dashboard