UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE J. ADAMO,<br><br>  Plaintiff,<br><br>  v.<br><br>NEXTDOOR HOLDINGS, INC., et al.,<br><br>  Defendants. | Case No. 5:24-cv-01213-EJD<br><br>**JUDGMENT** |

On November 20, 2025, the Court granted Defendants' motion to dismiss with prejudice. ECF No. 93. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 20, 2025

EDWARD J. DAVILA
United States District Judge